**WADE KILPELA SLADE, LLP**
Gillian L. Wade, State Bar No. 229124
gwade@waykayslay.corn
Sara D. Avila, State Bar No. 263213
sara@waykayslay.com
Marc A. Castaneda, State Bar No. 299001
marc@waykayslay.com
Kristin K. Graham, State Bar No. 342529
kkg@waykayslay.com
2450 Colorado Avenue, Suite 100E
Santa Monica, CA 90404
Tel: (310) 667-7273
Fax: (424) 276-0473

**EAST END TRIAL GROUP LLC**
Kevin Tucker *(pro hac vice)*
PA State Bar No. 312144
ktucker@eastendtrialgroup.com
Kevin Abramowicz *(pro hac vice)*
PA State Bar No. 320659
kabramowicz@eastendtrialgroup.com
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel: (412) 223-5740
Fax: (412) 626-7101

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BRENNAN ORUBO, MICHAEL SIMS, DEMETRICE MATHIS, and CIDNEY LETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACTIVEHOURS, INC. d/b/a EARNIN<br><br>Defendant. | Case No. 24-cv-04702-NC<br><br>**JOINT STIPULATION ENLARGING THE TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**<br><br>*The Hon. Nathaniel M. Cousins* |

Pursuant to Civil Local Rule 6-1, Plaintiffs Brennan Orubo, Michael Sims, Demetrice Mathis, and Cidney Lett, individually and on behalf of all others similarly situated (collectively, "Plaintiffs"),and Defendant ACTIVEHOURS, INC. d/b/a EARNIN ("Defendant," together with

1  Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate to enlarge the
2  deadline for Defendant to respond to the complaint in this action.
3      WHEREAS, on August 2, 2024, Plaintiffs filed the complaint in this action;
4      WHEREAS, Defendant was served with the complaint in this action on August 9, 2024,
5  and therefore its response to the complaint is due August 30, 2024;
6      WHEREAS, the Parties agree that Defendant's counsel's signing of this document shall
7  not be considered an appearance for any purposes related to jurisdiction or other legal issues;
8      WHEREAS, Defendant has only recently retained counsel, who are reviewing and
9  investigating the allegations in the complaint, and the Parties agree that they shall have an
10 additional 45 days to do so;
11     IT IS THEREFORE STIPULATED by and between the Parties, through their respective
12 counsel, that the Defendant's deadline to respond to the complaint is enlarged to October 14,
13 2024.
14 **IT IS SO STIPULATED**.

15 DATED:  August 26, 2024

Respectfully submitted,

WADE KILPELA SLADE, LLP

By: /s/ *Gillian L. Wade*
    Gillian L. Wade
    Sara D. Avila
    Marc A. Castaneda
    Kristin K. Graham

**EAST END TRIAL GROUP LLC**
Kevin Tucker *(pro hac vice)*
Kevin Abramowicz *(pro hac vice)*

Attorneys for Plaintiffs Brennan Orubo, Michael Sims, Demetrice Mathis, and Cidney Lett

| | |
|---|---|
| DATED:  August 26, 2024 | Respectfully submitted, |
| | HOGE, FENTON, JONES & APPEL, INC. |
| | |
| | By:  */s/ Ronald C. Finley* |
| | Ronald C. Finley |
| | Attorneys for Defendant ACTIVEHOURS, INC. d/b/a EARNIN |