COOLEY LLP
BRETT DE JARNETTE (292919)
AMIE L. SIMMONS (336356)
3175 Hanover Street
Palo Alto, CA  94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
bdejarnette@cooley.com
asimmons@cooley.com

WILLIAM K. PAO (252637)
JONATHAN B. WAXMAN (294851)
Wells Fargo Center, South Tower
355 South Grand Avenue, Suite 900
Los Angeles, CA  90071
Telephone: (213) 561-3250
Facsimile: (213) 561-3244
wpao@cooley.com
jwaxman@cooley.com

*Attorneys for Defendant*
ACTIVEHOURS, INC. dba EARNIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BRENNAN ORUBO, MICHAEL SIMS, DEMETRICE MATHIS, and CIDNEY LETT, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACTIVEHOURS, INC. d/b/a EARNIN,<br><br>Defendant. | Case No. 5:24-cv-04702-PCP<br><br>**DECLARATION OF BRETT DE JARNETTE IN SUPPORT OF DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date: November 20, 2025<br>Time: 10:00 a.m.<br>Dept: Courtroom 8, 4th Floor<br>Judge: Hon. P. Casey Pitts<br><br>Trial Date: None set<br>Date Action Filed: August 2, 2024 |

COOLEY LLP
ATTORNEYS AT LAW

DE JARNETTE DECL. ISO MTN FOR
JUDGMENT ON THE PLEADINGS
5:24-CV-04702-PCP

I, Brett De Jarnette, declare:

1.    I am a partner with the law firm Cooley LLP, counsel for Defendant, Activehours, Inc. d/b/a EarnIn ("EarnIn"), in this action.  I submit this declaration in support of EarnIn's Motion for Judgment on the Pleadings (the "Motion").

2.    I am an attorney licensed to practice law before the courts of the State of California and this district court.  I am over 18 years of age and have personal knowledge of the facts set forth below.  If called as a witness, I could and would competently testify thereto.

3.    This Declaration describes the documents subject to EarnIn's Request for Judicial Notice and for Incorporation by Reference in Support of EarnIn's Motion, filed concurrently herewith.

4.    Attached as **Exhibit 1** is a true and correct copy of EarnIn's Cash Out User Agreement, effective as of January 17, 2025, and published by EarnIn.  EarnIn's Cash Out User Agreement is publicly available on its website at https://www.earnin.com/privacyandterms/cash-out/terms-of-service.  EarnIn's Cash Out User Agreement is referenced in the Amended Complaint at ¶ 63.  Relevant portions of this document are highlighted for the Court's convenience.

5.    Attached as **Exhibit 2** is a true and correct copy of the FTA Comment Letter re: The CFPB Request for Comment on its Earned Wage Access Proposed Interpretive Rule (Docket No. CFPB-2024-0032), dated August 30, 2024, and published by the Financial Technology Association.    The FTA Comment Letter is publicly available on Regulations.gov at https://www.regulations.gov/comment/CFPB-2024-0032-0043.    Relevant portions of this document are highlighted for the Court's convenience.

6.    Attached as **Exhibit 3** is a true and correct copy of the American Fintech Council's letter to the Consumer Financial Protection Bureau ("CFPB") re: 2024 Paycheck Advance Interpretive Rule Docket No. CFPB-2024-0032, dated August 29, 2024, and published by the American Fintech Counsel.  The American Fintech Council's letter to the CFPB is publicly available on Regulations.gov at https://www.regulations.gov/comment/CFPB-2024-0032-0040. Relevant portions of this document are highlighted for the Court's convenience.

7.     Attached as **Exhibit 4** is a true and correct copy of the CFPB's webpage titled "What does it mean to renew or roll over a payday loan?," last modified on December 5, 2024, and published by the CFPB.   This webpage is publicly available on the CFPB's website at https://www.consumerfinance.gov/ask-cfpb/what-does-it-mean-to-renew-or-roll-over-a-payday-loan-en-1573/.

8.     Attached as **Exhibit 5** is a true and correct copy of EarnIn's mobile application interface prompting Cash Out users to select a transfer speed, published by EarnIn.  EarnIn's mobile application is publicly available on the App Store for iPhone and Google Play.  EarnIn's mobile application interface is referenced in the Amended Complaint at ¶¶ 40-41 and 44-45.

9.     Attached as **Exhibit 6** is a true and correct copy of Plaintiff Brennan Orubo's Cash Out transaction records for the period from July 23, 2018 through September 7, 2023.  On July 25, 2025, Cooley received these transaction records from a paralegal at EarnIn, which were exported from EarnIn's customer database.   Plaintiffs selectively include or reference certain of the transactions from Orubo's full record in the Amended Complaint at ¶¶ 6, 93-96, 97, 112, and 121. The column headers in Orubo's transaction records (Exhibit 6) have the following meanings: (1) "Cashout Amount" reflects the dollar amount of each Cash Out advanced to Orubo; (2) "Tip Amount" reflects the dollar amount of any tip Orubo chose to pay in connection with a Cash Out; (3) "Lightning Speed Fee" reflects the dollar amount of any Lightning Speed fee Orubo paid in connection to the delivery method that Orubo chose for each Cash Out; (4) "Cashout Date" reflects the date that Orubo requested each Cash Out; (5) "Debit Date (Successful)" reflects the date of EarnIn's successful debit; and (6) "Initial Debit Date (Failed/In progress)" reflects whether the first attempted debit was successful—entries containing no data reflect that EarnIn's first attempted debit was successful.

10.     Attached as **Exhibit 7** is a true and correct copy of Plaintiff Michael Sims' Cash Out transaction records for the period from July 10, 2018 through October 3, 2024.  On July 25, 2025, Cooley received these transaction records from a paralegal at EarnIn, which were exported from EarnIn's customer database.  Plaintiffs selectively include or reference certain of the transactions from Sims' full record in the Amended Complaint at ¶¶ 6, 93-96, 98, 112, and 121.  The column

headers in Sims' transaction records (Exhibit 7) have the following meanings: (1) "Cashout Amount" reflects the dollar amount of each Cash Out advanced to Sims; (2) "Tip Amount" reflects the dollar amount of any tip Sims chose to pay in connection with a Cash Out; (3) "Lightning Speed Fee" reflects the dollar amount of any Lightning Speed fee Sims paid in connection to the delivery method that Sims chose for each Cash Out; (4) "Cashout Date" reflects the date that Sims requested each Cash Out; (5) "Debit Date (Successful)" reflects the date of EarnIn's successful debit—entries marked "in progress" denote that EarnIn was unable to debit Sims' linked bank account on the initial debit date; and (6) "Initial Debit Date (Failed/In progress)" reflects whether the first attempted debit was successful—entries containing a date reflect that EarnIn was unable to debit Sims' linked bank account on the date so identified.

11.  Attached as **Exhibit 8** is a true and correct copy of Plaintiff Demetrice Mathis' Cash Out transaction records for the period from October 11, 2017 through August 19, 2024.  On July 25, 2025, Cooley received these transaction records from a paralegal at EarnIn, which were exported from EarnIn's customer database.  Plaintiffs selectively include or reference certain of the transactions from Mathis' full record in the Amended Complaint at ¶¶ 6, 93-96, 99, 112, and 121.  The column headers in Mathis' transaction records (Exhibit 8) have the following meanings: (1) "Cashout Amount" reflects the dollar amount of each Cash Out advanced to Mathis; (2) "Tip Amount" reflects the dollar amount of any tip Mathis chose to pay in connection with a Cash Out; (3) "Lightning Speed Fee" reflects the dollar amount of any Lightning Speed fee Mathis paid in connection to the delivery method that Mathis chose for each Cash Out; (4) "Cashout Date" reflects the date that Mathis requested each Cash Out; (5) "Debit Date (Successful)" reflects the date of EarnIn's successful debit—entries marked "in progress" denote that EarnIn was unable to debit Mathis' linked bank account on the initial debit date; and (6) "Initial Debit Date (Failed/In progress)" reflects whether the first attempted debit was successful—entries containing a date reflect that EarnIn was unable to debit Mathis' linked bank account on the date so identified.

12.  Attached as **Exhibit 9** is a true and correct copy of Plaintiff Cidney Lett's Cash Out transaction records for the period from October 16, 2017 to July 22, 2025.  On July 25, 2025, Cooley received these transaction records from a paralegal at EarnIn, which were exported from

EarnIn's customer database. Plaintiffs selectively include or reference certain of the transactions from Lett's full record in the Amended Complaint at ¶¶ 6, 93-96, 100, 112, and 121. The column headers in Lett's transaction records (Exhibit 9) have the following meanings: (1) "Cashout Amount" reflects the dollar amount of each Cash Out advanced to Lett; (2) "Tip Amount" reflects the dollar amount of any tip Lett chose to pay in connection with a Cash Out; (3) "Lightning Speed Fee" reflects the dollar amount of any Lightning Speed fee Lett paid in connection to the delivery method that Lett chose for each Cash Out; (4) "Cashout Date" reflects the date that Lett requested each Cash Out; (5) "Debit Date (Successful)" reflects the date of EarnIn's successful debit; and (6) "Initial Debit Date (Failed/In progress)" reflects whether the first attempted debit was successful—entries containing no data reflect that EarnIn's first attempted debit was successful.

13. Attached as **Exhibit 10** is a true and correct copy of EarnIn's Transfer Out Authorization Agreement, published by EarnIn and publicly available on its website at https://www.earnin.com/privacyandterms/transfer-out-authorization-agreement. EarnIn informs users about their ability to revoke their debit authorization though additional publicly available sources, such as EarnIn's online Help Center.[1]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed July 25, 2025, in Palo Alto, California.

/s/ Brett De Jarnette
Brett De Jarnette

---

[1] *See How do I Revoke Bank Authorization from EarnIn?*, EARNIN, https://help.earnin.com/hc/en-us/articles/360037506833-How-do-I-revoke-bank-authorization-from-EarnIn.

COOLEY LLP
ATTORNEYS AT LAW

DE JARNETTE DECL. ISO MTN FOR
JUDGMENT ON THE PLEADINGS
5:24-CV-04702-PCP