# EXHIBIT 4

 (cfpb.gov/)

**LAST REVIEWED: NOV 25, 2024**

# What does it mean to renew or roll over a payday loan?

Generally, renewing or rolling over a payday loan means that you pay a fee to delay paying back the loan. This fee does not reduce the amount you owe. You will still owe the principal and additional fees for the rollover.

Some payday lenders give borrowers the option to renew or rollover their loans if they can't afford to pay off the loan when it's due. However, many states limit or ban these renewals or rollovers.

If your loan is renewed or rolled over instead of being repaid in full on its due date, you are paying a fee to extend the loan due date. Renewing by paying just the fees does not reduce the principal amount you owe.

For example, on a typical payday loan, if you borrowed $300, you may owe $345 in 14 days – $300 plus the $45 interest or finance charge. If you roll over the loan and pay only the $45 interest, you have to repay the $300 plus another $45 charge 14 days later. That means the cost of the original $300 loan, due to the rollover, has gone from $45 to $90. If you roll over the loan multiple times, you may pay several hundred dollars in fees and still owe the amount you borrowed.

If you are having trouble paying off your payday loan, contact your lender and ask for an extended repayment plan (cfpb.gov/askcfpb/1601). If you experience an issue with a payday loan, you can submit a complaint to the CFPB online (cfpb.gov/complaint/) or by calling (855) 411-2372.

## Don't see what you're looking for?

Browse related questions

Why did my payday lender charge me a late fee or a non-sufficient funds (NSF) fee? (cfpb.gov/askcfpb/1603)

What are the costs and fees for a payday loan? (cfpb.gov/askcfpb/1589)

What is a payday loan? (cfpb.gov/askcfpb/1567)

Learn more about payday loans (cfpb.gov/consumer-tools/payday-loans/)

---

Page last modified Dec. 5, 2024 @ 04:29 PM EST

View older versions of this page at our public archive. ⬈ ()

## About us

We're the Consumer Financial Protection Bureau (CFPB), a U.S. government agency that makes sure banks, lenders, and other financial companies treat you fairly.

Learn how the CFPB can help you (cfpb.gov/about-us/the-bureau/)

**LEGAL DISCLAIMER**

The content on this page provides general consumer information. It is not legal advice or regulatory guidance. The CFPB updates this information periodically. This information may include links or references to third-party resources or content. We do not endorse the third-party or guarantee the accuracy of this third-party information. There may be other resources that also serve your needs.

🇺🇸 An official website of the United States government