# EXHIBIT 6

| Cashout Amount | Tip Amount | Lightning Speed Fee | Cashout Date | Debit Date (Successful) | Initial Debit Date (Failed/In progress) |
|---|---|---|---|---|---|
| 100 | 0 | 0 | 2019-01-19 | 2019-01-23 | |
| 100 | 5 | 0 | 2018-12-29 | 2019-01-02 | |
| 100 | 0 | 0 | 2018-12-22 | 2018-12-26 | |
| 100 | 0 | 0 | 2018-11-30 | 2018-12-05 | |
| 50 | 0 | 0 | 2018-11-23 | 2018-11-28 | |
| 100 | 0 | 0 | 2018-11-22 | 2018-11-28 | |
| 50 | 0 | 0 | 2018-10-29 | 2018-10-31 | |
| 100 | 1.5 | 0 | 2018-10-14 | 2018-10-16 | |
| 100 | 1.5 | 0 | 2018-10-12 | 2018-10-16 | |
| 100 | 0 | 0 | 2018-10-01 | 2018-10-09 | |
| 50 | 3 | 0 | 2018-09-23 | 2018-09-26 | |
| 60 | 2 | 0 | 2018-09-17 | 2018-09-19 | |
| 100 | 4 | 0 | 2018-09-15 | 2018-09-19 | |
| 100 | 4 | 0 | 2018-09-15 | 2018-09-19 | |
| 100 | 4 | 0 | 2018-09-08 | 2018-09-12 | |
| 100 | 4 | 0 | 2018-09-08 | 2018-09-12 | |
| 50 | 0 | 0 | 2018-09-02 | 2018-09-05 | |
| 100 | 4 | 0 | 2018-08-31 | 2018-09-05 | |
| 100 | 4 | 0 | 2018-08-31 | 2018-09-06 | |
| 100 | 4 | 0 | 2018-08-24 | 2018-08-29 | |
| 100 | 4 | 0 | 2018-08-24 | 2018-08-29 | |
| 100 | 4 | 0 | 2018-08-17 | 2018-08-22 | |
| 86 | 4 | 0 | 2018-07-26 | 2018-08-01 | |
| 100 | 3 | 0 | 2018-07-23 | 2018-07-25 | |

| Cashout Amount | Tip Amount | Lightning Speed Fee | Cashout Date | Debit Date (Successful) | Initial Debit Date (Failed/In progress) |
|---|---|---|---|---|---|
| 100 | 0 | 0 | 2023-09-07 | 2023-09-15 | |
| 100 | 0 | 0 | 2023-09-06 | 2023-09-15 | |
| 100 | 0 | 3.99 | 2023-08-05 | 2023-08-15 | |
| 100 | 0 | 3.99 | 2023-07-11 | 2023-07-14 | |
| 100 | 0 | 0 | 2023-06-14 | 2023-06-30 | |
| 100 | 0 | 0 | 2023-05-23 | 2023-05-31 | |
| 100 | 0 | 0 | 2023-05-09 | 2023-05-15 | |
| 100 | 0 | 0 | 2023-05-04 | 2023-05-15 | |
| 100 | 0 | 0 | 2023-04-10 | 2023-04-14 | |
| 100 | 0 | 0 | 2023-04-03 | 2023-04-14 | |
| 100 | 0 | 0 | 2023-03-27 | 2023-03-31 | |
| 100 | 0 | 0 | 2023-02-09 | 2023-02-15 | |
| 100 | 0 | 0 | 2023-01-12 | 2023-01-31 | |
| 100 | 0 | 0 | 2022-12-21 | 2022-12-30 | |
| 100 | 0 | 3.99 | 2022-10-07 | 2022-10-14 | |
| 100 | 0 | 0 | 2022-10-07 | 2022-10-14 | |
| 100 | 0 | 0 | 2022-10-05 | 2022-10-14 | |
| 100 | 0 | 0 | 2022-10-04 | 2022-10-14 | |
| 100 | 0 | 0 | 2022-10-03 | 2022-10-14 | |
| 50 | 0 | 2.99 | 2022-09-24 | 2022-09-30 | |
| 50 | 0 | 0 | 2022-09-22 | 2022-09-30 | |
| 100 | 0 | 0 | 2022-09-19 | 2022-09-30 | |
| 100 | 0 | 3.99 | 2022-09-18 | 2022-09-30 | |
| 100 | 0 | 3.99 | 2022-09-17 | 2022-09-30 | |
| 100 | 0 | 3.99 | 2022-09-16 | 2022-09-30 | |
| 100 | 0 | 0 | 2022-09-16 | 2022-09-30 | |
| 100 | 0 | 0 | 2022-09-15 | 2022-09-30 | |
| 50 | 0 | 2.99 | 2022-09-09 | 2022-09-15 | |
| 100 | 0 | 0 | 2022-09-08 | 2022-09-15 | |
| 100 | 0 | 3.99 | 2022-09-03 | 2022-09-15 | |
| 100 | 0 | 0 | 2022-09-02 | 2022-09-15 | |
| 100 | 0 | 0 | 2022-09-01 | 2022-09-15 | |
| 100 | 0 | 0 | 2022-08-31 | 2022-09-15 | |
| 100 | 0 | 3.99 | 2022-08-24 | 2022-08-31 | |
| 100 | 0 | 0 | 2022-08-23 | 2022-08-31 | |
| 100 | 0 | 0 | 2022-08-22 | 2022-08-31 | |
| 100 | 0 | 3.99 | 2022-08-21 | 2022-08-31 | |
| 100 | 0 | 0 | 2022-08-21 | 2022-08-31 | |
| 100 | 0 | 3.99 | 2022-08-20 | 2022-08-31 | |
| 100 | 0 | 0 | 2022-08-10 | 2022-08-15 | |
| 100 | 0 | 0 | 2022-08-06 | 2022-08-15 | |
| 100 | 0 | 0 | 2022-08-01 | 2022-08-15 | |
| 100 | 0 | 0 | 2022-07-31 | 2022-08-15 | |
| 100 | 0 | 0 | 2022-07-22 | 2022-07-29 | |
| 100 | 0 | 0 | 2022-07-20 | 2022-07-29 | |
| 100 | 0 | 0 | 2022-07-19 | 2022-07-29 | |
| 100 | 0 | 0 | 2022-07-10 | 2022-07-15 | |
| 100 | 0 | 0 | 2022-07-04 | 2022-07-15 | |
| 100 | 0 | 0 | 2022-07-01 | 2022-07-15 | |
| 50 | 0 | 2.99 | 2022-06-25 | 2022-06-30 | |
| 100 | 0 | 3.99 | 2022-06-22 | 2022-06-30 | |
| 100 | 0 | 3.99 | 2022-06-19 | 2022-06-30 | |
| 50 | 0 | 2.99 | 2022-06-13 | 2022-06-15 | |
| 100 | 0 | 3.99 | 2022-06-09 | 2022-06-15 | |
| 100 | 6 | 0 | 2022-05-27 | 2022-05-31 | |