# EXHIBIT 7

| Cashout Amount | Tip Amount | Lightning Speed Fee | Cashout Date | Debit Date (Successful) | Initial Debit Date (Failed/In progress) |
|---|---|---|---|---|---|
| 100 | 0 | 2.99 | 2024-10-03 | In progress | 2024-10-04 |
| 150 | 0 | 5.99 | 2024-10-01 | In progress | 2024-10-04 |
| 150 | 0 | 5.99 | 2024-09-30 | In progress | 2024-10-04 |
| 75 | 1 | 2.99 | 2024-09-28 | 2024-10-04 | |
| 125 | 0 | 5.99 | 2024-09-26 | In progress | 2024-10-04 |
| 50 | 0 | 2.99 | 2024-09-25 | 2024-10-04 | |
| 100 | 0 | 2.99 | 2024-09-22 | 2024-09-27 | |
| 150 | 0 | 5.99 | 2024-09-21 | 2024-09-27 | |
| 150 | 0 | 5.99 | 2024-09-20 | 2024-09-27 | |
| 50 | 0 | 2.99 | 2024-09-19 | 2024-09-27 | |
| 100 | 0.5 | 2.99 | 2024-09-19 | 2024-09-27 | |
| 150 | 0 | 5.99 | 2024-09-18 | 2024-09-27 | |
| 150 | 1 | 5.99 | 2024-09-15 | 2024-09-20 | |
| 150 | 0 | 5.99 | 2024-09-14 | 2024-09-20 | |
| 150 | 0 | 5.99 | 2024-09-13 | 2024-09-20 | |
| 150 | 1 | 5.99 | 2024-09-12 | 2024-09-20 | |
| 150 | 0 | 5.99 | 2024-09-11 | 2024-09-13 | |
| 150 | 0 | 5.99 | 2024-09-08 | 2024-09-13 | |
| 50 | 0 | 2.99 | 2024-09-07 | 2024-09-13 | |
| 100 | 0.5 | 2.99 | 2024-09-07 | 2024-09-13 | |
| 150 | 0 | 5.99 | 2024-09-05 | 2024-09-13 | |
| 50 | 0 | 2.99 | 2024-09-04 | 2024-09-13 | |
| 100 | 0.5 | 2.99 | 2024-09-04 | 2024-09-13 | |
| 100 | 0.5 | 2.99 | 2024-08-31 | 2024-09-06 | |
| 100 | 0 | 2.99 | 2024-08-27 | 2024-08-30 | |
| 100 | 0 | 2.99 | 2024-08-25 | 2024-08-30 | |
| 100 | 0 | 2.99 | 2024-08-23 | 2024-08-30 | |
| 100 | 0.5 | 2.99 | 2024-08-17 | 2024-08-23 | |
| 100 | 0 | 2.99 | 2024-08-16 | 2024-08-23 | |
| 100 | 0 | 2.99 | 2024-08-15 | 2024-08-23 | |
| 100 | 0 | 2.99 | 2024-08-13 | 2024-08-16 | |
| 100 | 0 | 2.99 | 2024-08-11 | 2024-08-16 | |
| 100 | 0.5 | 2.99 | 2024-08-10 | 2024-08-16 | |
| 100 | 0.5 | 2.99 | 2024-08-09 | 2024-08-16 | |
| 100 | 0 | 2.99 | 2024-08-07 | 2024-08-16 | |
| 100 | 0.5 | 2.99 | 2024-08-06 | 2024-08-09 | |
| 50 | 0.5 | 2.99 | 2024-08-05 | 2024-08-09 | |
| 100 | 0.5 | 2.99 | 2024-08-03 | 2024-08-09 | |
| 100 | 0.5 | 2.99 | 2024-08-02 | 2024-08-09 | |
| 100 | 0.5 | 2.99 | 2024-07-31 | 2024-08-09 | |
| 100 | 0.5 | 2.99 | 2024-07-28 | 2024-08-02 | |
| 100 | 0.5 | 2.99 | 2024-07-27 | 2024-08-02 | |
| 100 | 0.5 | 2.99 | 2024-07-14 | 2024-07-19 | |
| 100 | 0.5 | 2.99 | 2024-07-10 | 2024-07-12 | |
| 100 | 0.5 | 2.99 | 2024-06-30 | 2024-07-05 | |
| 100 | 0 | 2.99 | 2024-06-29 | 2024-07-05 | |
| 100 | 0 | 2.99 | 2024-06-28 | 2024-07-05 | |
| 100 | 0 | 2.99 | 2024-06-27 | 2024-07-05 | |
| 100 | 0.5 | 2.99 | 2024-06-26 | 2024-06-28 | |
| 100 | 0.5 | 2.99 | 2024-06-18 | 2024-06-21 | |
| 100 | 0 | 2.99 | 2024-06-05 | 2024-06-14 | |

| Cashout Amount | Tip Amount | Lightning Speed Fee | Cashout Date | Debit Date (Successful) | Initial Debit Date (Failed/In progress) |
|---|---|---|---|---|---|
| 100 | 0.5 | 3.99 | 2024-05-30 | 2024-06-07 | |
| 100 | 0.5 | 3.99 | 2024-05-27 | 2024-05-31 | |
| 100 | 0.5 | 3.99 | 2024-05-26 | 2024-06-07 | |
| 100 | 0.5 | 3.99 | 2024-05-25 | 2024-06-07 | |
| 100 | 0.5 | 3.99 | 2024-05-24 | 2024-06-07 | |
| 100 | 0.5 | 3.99 | 2024-05-23 | 2024-06-07 | |
| 100 | 0.5 | 3.99 | 2024-05-15 | 2024-05-24 | |
| 100 | 0.5 | 3.99 | 2024-05-08 | 2024-05-17 | |
| 100 | 0.5 | 3.99 | 2024-05-07 | 2024-05-10 | |
| 100 | 0.5 | 3.99 | 2024-04-24 | 2024-05-03 | |
| 100 | 0.5 | 3.99 | 2024-04-23 | 2024-04-26 | |
| 100 | 0.5 | 3.99 | 2024-04-09 | 2024-04-12 | |
| 100 | 0.5 | 3.99 | 2024-04-08 | 2024-04-12 | |
| 100 | 0.5 | 3.99 | 2024-04-06 | 2024-04-12 | |
| 100 | 0.5 | 3.99 | 2024-04-03 | 2024-04-12 | |
| 100 | 0.5 | 3.99 | 2024-03-26 | 2024-03-29 | |
| 100 | 0.5 | 3.99 | 2024-03-23 | 2024-03-29 | |
| 50 | 0.5 | 2.99 | 2024-03-13 | 2024-03-22 | |
| 100 | 0.5 | 3.99 | 2024-03-12 | 2024-03-15 | |
| 100 | 0.5 | 3.99 | 2024-02-28 | 2024-03-08 | |
| 100 | 0.5 | 3.99 | 2024-02-27 | 2024-03-01 | |
| 100 | 0.5 | 3.99 | 2024-02-25 | 2024-03-01 | |
| 100 | 0.5 | 3.99 | 2024-02-23 | 2024-03-01 | |
| 100 | 0.5 | 3.99 | 2024-02-22 | 2024-03-01 | |
| 100 | 0.5 | 0 | 2024-02-21 | 2024-03-01 | |
| 100 | 0.5 | 0 | 2024-02-19 | 2024-02-23 | |
| 100 | 0.5 | 3.99 | 2024-02-18 | 2024-02-23 | |
| 50 | 0.5 | 2.99 | 2024-02-13 | 2024-02-16 | |
| 35 | 0.5 | 2.99 | 2024-02-12 | 2024-02-16 | |
| 100 | 0.5 | 3.99 | 2024-02-11 | 2024-02-16 | |
| 100 | 0.5 | 3.99 | 2024-02-10 | 2024-02-23 | |
| 100 | 0.5 | 3.99 | 2024-02-09 | 2024-02-23 | |
| 50 | 0.5 | 2.99 | 2024-02-04 | 2024-02-09 | |
| 100 | 0.5 | 3.99 | 2024-01-28 | 2024-02-02 | |
| 100 | 0.5 | 3.99 | 2024-01-27 | 2024-02-02 | |
| 100 | 0.5 | 3.99 | 2024-01-26 | 2024-02-16 | |
| 100 | 0.5 | 3.99 | 2024-01-24 | 2024-02-16 | |
| 50 | 0.5 | 2.99 | 2024-01-23 | 2024-01-26 | |
| 50 | 0.5 | 2.99 | 2024-01-23 | 2024-01-26 | |
| 50 | 0.5 | 2.99 | 2024-01-20 | 2024-01-26 | |
| 50 | 0.5 | 2.99 | 2024-01-16 | 2024-01-19 | |
| 75 | 0.5 | 3.99 | 2024-01-15 | 2024-01-19 | |
| 100 | 0.5 | 3.99 | 2024-01-13 | 2024-01-19 | |
| 100 | 0.5 | 3.99 | 2024-01-07 | 2024-01-12 | |
| 100 | 0.5 | 3.99 | 2024-01-05 | 2024-01-12 | |
| 35 | 0.5 | 2.99 | 2023-12-20 | 2023-12-29 | |
| 50 | 0 | 2.99 | 2023-12-19 | 2023-12-22 | |
| 100 | 0.5 | 3.99 | 2023-12-17 | 2023-12-22 | |
| 100 | 0.5 | 3.99 | 2023-12-16 | 2023-12-22 | |
| 100 | 0.5 | 0 | 2023-12-01 | 2023-12-08 | |
| 100 | 0.5 | 0 | 2023-11-30 | 2023-12-08 | |
| 100 | 0.5 | 3.99 | 2023-11-25 | 2023-12-01 | |
| 100 | 0.5 | 3.99 | 2023-11-22 | 2023-12-01 | |
| 100 | 0.5 | 3.99 | 2023-11-21 | 2023-12-01 | |

| Cashout Amount | Tip Amount | Lightning Speed Fee | Cashout Date | Debit Date (Successful) | Initial Debit Date (Failed/In progress) |
|---|---|---|---|---|---|
| 25 | 0.5 | 2.99 | 2023-11-19 | 2023-11-24 | |
| 50 | 0 | 2.99 | 2023-11-19 | 2023-11-24 | |
| 100 | 0.5 | 3.99 | 2023-11-18 | 2023-11-24 | |
| 100 | 0.5 | 3.99 | 2023-11-17 | 2023-11-24 | |
| 100 | 0.5 | 3.99 | 2023-11-16 | 2023-11-24 | |
| 100 | 0.5 | 0 | 2023-11-15 | 2023-11-24 | |
| 100 | 0.5 | 3.99 | 2023-11-14 | 2023-11-17 | |
| 100 | 0.5 | 3.99 | 2023-11-08 | 2023-11-17 | |
| 100 | 0.5 | 3.99 | 2023-11-07 | 2023-11-10 | |
| 50 | 0.5 | 2.99 | 2023-11-06 | 2023-11-10 | |
| 50 | 0.5 | 2.99 | 2023-11-06 | 2023-11-10 | |
| 50 | 0.5 | 2.99 | 2023-11-05 | 2023-11-10 | |
| 100 | 0.5 | 3.99 | 2023-11-04 | 2023-11-10 | |
| 100 | 0.5 | 3.99 | 2023-11-03 | 2023-11-10 | |
| 100 | 0.5 | 3.99 | 2023-11-02 | 2023-11-10 | |
| 100 | 0.5 | 3.99 | 2023-11-01 | 2023-11-10 | |
| 100 | 1 | 3.99 | 2023-10-21 | In progress | 2023-10-25 |
| 100 | 1 | 3.99 | 2023-10-16 | 2023-10-18 | |
| 100 | 1 | 3.99 | 2023-10-07 | 2023-10-11 | |
| 100 | 1 | 3.99 | 2023-10-06 | 2023-10-11 | |
| 100 | 1 | 3.99 | 2023-10-05 | 2023-10-11 | |
| 100 | 1 | 3.99 | 2023-10-04 | 2023-10-11 | |
| 100 | 1 | 3.99 | 2023-10-03 | 2023-10-04 | |
| 100 | 0.5 | 3.99 | 2023-09-26 | 2023-10-04 | |
| 25 | 0.5 | 0 | 2023-04-19 | 2023-04-28 | |
| 50 | 1 | 0 | 2023-04-13 | 2023-04-21 | |
| 50 | 1 | 0 | 2023-04-11 | 2023-04-14 | |
| 100 | 1 | 0 | 2023-04-10 | 2023-04-14 | |
| 100 | 1 | 0 | 2023-04-09 | 2023-04-14 | |
| 100 | 1 | 0 | 2023-04-08 | 2023-04-14 | |
| 100 | 1 | 0 | 2023-04-01 | 2023-04-07 | |
| 100 | 1 | 0 | 2023-03-31 | 2023-04-07 | |
| 100 | 1 | 0 | 2023-03-30 | 2023-04-07 | |
| 25 | 0.5 | 0 | 2023-03-29 | 2023-04-07 | |
| 100 | 1 | 0 | 2023-03-27 | 2023-03-31 | |
| 100 | 1 | 0 | 2023-03-26 | 2023-03-31 | |
| 100 | 1 | 0 | 2023-03-25 | 2023-03-31 | |
| 100 | 1 | 0 | 2023-03-24 | 2023-03-31 | |
| 50 | 1 | 0 | 2023-03-23 | 2023-03-31 | |
| 50 | 1 | 0 | 2023-03-23 | 2023-03-31 | |
| 100 | 1 | 0 | 2023-03-18 | 2023-03-24 | |
| 100 | 1 | 0 | 2023-03-17 | 2023-03-24 | |
| 100 | 1 | 0 | 2023-03-16 | 2023-03-24 | |
| 50 | 1 | 0 | 2023-03-14 | 2023-03-17 | |
| 50 | 1 | 0 | 2023-03-13 | 2023-03-17 | |
| 100 | 1 | 0 | 2023-03-12 | 2023-03-17 | |
| 100 | 1 | 0 | 2023-03-11 | 2023-03-17 | |
| 100 | 1 | 0 | 2023-03-01 | 2023-03-10 | |
| 100 | 1 | 0 | 2023-02-28 | 2023-03-03 | |
| 100 | 1 | 0 | 2023-02-26 | 2023-03-03 | |
| 100 | 1 | 0 | 2023-02-25 | 2023-03-03 | |
| 100 | 1 | 0 | 2023-02-23 | 2023-03-03 | |
| 100 | 1 | 0 | 2023-02-22 | 2023-03-03 | |
| 100 | 1 | 0 | 2023-02-21 | 2023-02-24 | |

| Cashout Amount | Tip Amount | Lightning Speed Fee | Cashout Date | Debit Date (Successful) | Initial Debit Date (Failed/In progress) |
|---|---|---|---|---|---|
| 100 | 1 | 0 | 2023-02-20 | 2023-02-24 | |
| 100 | 1 | 0 | 2023-02-13 | 2023-02-17 | |
| 100 | 1 | 0 | 2023-02-12 | 2023-02-17 | |
| 100 | 1 | 0 | 2023-02-11 | 2023-02-17 | |
| 100 | 1 | 0 | 2023-02-09 | 2023-02-17 | |
| 50 | 1 | 0 | 2023-01-31 | 2023-02-03 | |
| 50 | 1 | 0 | 2023-01-31 | 2023-02-03 | |
| 100 | 1 | 0 | 2023-01-29 | 2023-02-03 | |
| 50 | 1 | 0 | 2023-01-24 | 2023-01-27 | |
| 100 | 1 | 0 | 2023-01-17 | 2023-01-20 | |
| 100 | 1 | 0 | 2023-01-16 | 2023-01-20 | |
| 35 | 1 | 0 | 2023-01-04 | 2023-01-06 | |
| 100 | 1 | 0 | 2022-12-31 | 2023-01-06 | |
| 100 | 1 | 0 | 2022-12-27 | 2022-12-30 | |
| 100 | 1 | 0 | 2022-12-26 | 2022-12-30 | |
| 100 | 1 | 0 | 2022-12-24 | 2022-12-30 | |
| 100 | 1 | 0 | 2022-12-20 | 2022-12-23 | |
| 75 | 1 | 0 | 2022-12-06 | 2022-12-09 | |
| 100 | 1 | 0 | 2022-12-05 | 2022-12-09 | |
| 100 | 1 | 0 | 2022-11-30 | 2022-12-02 | |
| 100 | 1 | 0 | 2022-11-28 | 2022-12-02 | |
| 100 | 1 | 0 | 2022-11-26 | 2022-12-02 | |
| 100 | 1 | 0 | 2022-11-25 | 2022-12-02 | |
| 100 | 1 | 0 | 2022-11-21 | 2022-11-23 | |
| 100 | 1 | 0 | 2022-11-20 | 2022-11-23 | |
| 100 | 1 | 0 | 2022-11-19 | 2022-11-23 | |
| 100 | 1 | 0 | 2022-11-18 | 2022-11-23 | |
| 100 | 1 | 0 | 2022-11-07 | 2022-11-10 | |
| 50 | 1 | 0 | 2022-11-06 | 2022-11-10 | |
| 50 | 1 | 0 | 2022-11-06 | 2022-11-10 | |
| 100 | 1 | 0 | 2022-11-05 | 2022-11-10 | |
| 20 | 0.5 | 0 | 2022-11-01 | 2022-11-04 | |
| 100 | 1 | 0 | 2022-10-31 | 2022-11-04 | |
| 100 | 11 | 0 | 2022-10-29 | 2022-11-04 | |
| 100 | 1 | 0 | 2022-10-28 | 2022-11-04 | |
| 50 | 1 | 0 | 2022-10-26 | 2022-10-28 | |
| 100 | 1 | 0 | 2022-10-23 | 2022-10-28 | |
| 100 | 1 | 0 | 2022-10-21 | 2022-10-28 | |
| 100 | 1 | 0 | 2022-10-20 | 2022-10-28 | |
| 100 | 1 | 0 | 2022-10-19 | 2022-10-28 | |
| 30 | 0.5 | 0 | 2022-10-18 | 2022-10-21 | |
| 75 | 1 | 0 | 2022-10-17 | 2022-10-21 | |
| 100 | 1 | 0 | 2022-10-16 | 2022-10-21 | |
| 100 | 1 | 0 | 2022-10-11 | 2022-10-14 | |
| 100 | 1 | 0 | 2022-10-07 | 2022-10-14 | |
| 50 | 1 | 0 | 2022-10-03 | 2022-10-07 | |
| 50 | 1 | 0 | 2022-10-03 | 2022-10-07 | |
| 100 | 1 | 0 | 2022-10-02 | 2022-10-07 | |
| 100 | 1 | 0 | 2022-09-30 | 2022-10-07 | |
| 100 | 1 | 0 | 2022-09-29 | 2022-10-07 | |
| 100 | 1 | 0 | 2022-09-25 | 2022-09-30 | |
| 100 | 1 | 0 | 2022-09-23 | 2022-09-30 | |
| 100 | 1 | 0 | 2022-09-22 | 2022-09-30 | |
| 25 | 0.5 | 0 | 2022-09-19 | 2022-09-23 | |

| Cashout Amount | Tip Amount | Lightning Speed Fee | Cashout Date | Debit Date (Successful) | Initial Debit Date (Failed/In progress) |
|---|---|---|---|---|---|
| 100 | 1 | 0 | 2022-09-13 | 2022-09-16 | |
| 100 | 2 | 0 | 2022-09-11 | 2022-09-16 | |
| 100 | 2 | 0 | 2022-09-11 | 2022-09-16 | |
| 100 | 1 | 0 | 2022-09-10 | 2022-09-16 | |
| 100 | 2 | 0 | 2022-09-05 | 2022-09-09 | |
| 100 | 2 | 0 | 2022-08-31 | 2022-09-02 | |
| 100 | 2 | 0 | 2022-08-30 | 2022-09-02 | |
| 100 | 2 | 0 | 2022-08-21 | 2022-08-26 | |
| 100 | 2 | 0 | 2022-08-21 | 2022-08-26 | |
| 50 | 1 | 0 | 2022-08-16 | 2022-08-19 | |
| 75 | 2 | 0 | 2022-08-15 | 2022-08-19 | |
| 50 | 2 | 0 | 2022-08-14 | 2022-08-19 | |
| 50 | 1 | 0 | 2022-08-14 | 2022-08-19 | |
| 100 | 2 | 0 | 2022-08-12 | 2022-08-19 | |
| 100 | 1 | 0 | 2022-08-10 | 2022-08-19 | |
| 100 | 2 | 0 | 2022-08-08 | 2022-08-12 | |
| 30 | 0.5 | 0 | 2022-08-02 | 2022-08-05 | |
| 50 | 1 | 0 | 2022-08-02 | 2022-08-05 | |
| 100 | 2 | 0 | 2022-08-01 | 2022-08-05 | |
| 50 | 1 | 0 | 2022-07-31 | 2022-08-05 | |
| 10 | 0.5 | 0 | 2022-07-27 | 2022-07-29 | |
| 20 | 0.5 | 0 | 2022-07-26 | 2022-07-29 | |
| 70 | 1 | 0 | 2022-06-29 | 2022-07-01 | |
| 5 | 0.5 | 0 | 2022-06-29 | 2022-07-01 | |
| 30 | 0.5 | 0 | 2022-06-28 | 2022-07-01 | |
| 55 | 1 | 0 | 2022-06-26 | 2022-07-01 | |
| 100 | 2 | 0 | 2022-06-25 | 2022-07-01 | |
| 100 | 1 | 0 | 2022-06-24 | 2022-07-01 | |
| 100 | 2 | 0 | 2022-06-22 | 2022-07-01 | |
| 50 | 1 | 0 | 2022-06-20 | 2022-06-24 | |
| 50 | 1 | 0 | 2022-06-17 | 2022-06-24 | |
| 100 | 1 | 0 | 2022-06-15 | 2022-06-17 | |
| 100 | 2 | 0 | 2022-06-08 | 2022-06-17 | |
| 100 | 1 | 0 | 2022-06-03 | 2022-06-10 | |
| 100 | 2 | 0 | 2022-06-01 | 2022-06-10 | |
| 100 | 2 | 0 | 2022-06-01 | 2022-06-10 | |
| 100 | 1 | 0 | 2022-05-31 | 2022-06-03 | |
| 25 | 0.5 | 0 | 2022-05-25 | 2022-05-27 | |
| 100 | 1 | 0 | 2022-05-24 | 2022-05-27 | |
| 100 | 2 | 0 | 2022-05-22 | 2022-05-27 | |
| 100 | 2 | 0 | 2022-05-22 | 2022-05-27 | |
| 30 | 0.5 | 0 | 2022-05-17 | 2022-05-20 | |
| 70 | 1 | 0 | 2022-05-17 | 2022-05-20 | |
| 50 | 1 | 0 | 2022-05-16 | 2022-05-20 | |
| 100 | 2 | 0 | 2022-05-06 | 2022-05-13 | |
| 100 | 2 | 0 | 2022-05-06 | 2022-05-13 | |
| 50 | 2 | 0 | 2022-05-03 | 2022-05-06 | |
| 100 | 1 | 0 | 2022-05-01 | 2022-05-06 | |
| 100 | 1 | 0 | 2022-04-30 | 2022-05-06 | |
| 100 | 1 | 0 | 2022-04-29 | 2022-05-06 | |
| 50 | 1 | 0 | 2022-04-27 | 2022-04-29 | |
| 10 | 0.5 | 0 | 2022-04-27 | 2022-04-29 | |
| 100 | 1 | 0 | 2022-04-22 | 2022-04-29 | |
| 100 | 1 | 0 | 2022-04-21 | 2022-04-29 | |

| Cashout Amount | Tip Amount | Lightning Speed Fee | Cashout Date | Debit Date (Successful) | Initial Debit Date (Failed/In progress) |
|---|---|---|---|---|---|
| 100 | 2 | 0 | 2022-04-18 | 2022-04-22 | |
| 100 | 2 | 0 | 2022-04-06 | 2022-04-15 | |
| 100 | 2 | 0 | 2022-03-25 | 2022-04-01 | |
| 100 | 2 | 0 | 2022-03-21 | 2022-03-25 | |
| 100 | 2 | 0 | 2022-03-18 | 2022-03-25 | |
| 100 | 2 | 0 | 2022-02-14 | 2022-02-18 | |
| 100 | 1 | 0 | 2022-02-09 | 2022-02-18 | |
| 100 | 1 | 0 | 2022-02-08 | 2022-02-11 | |
| 100 | 1 | 0 | 2022-02-06 | 2022-02-11 | |
| 100 | 2 | 0 | 2022-02-05 | 2022-02-11 | |
| 100 | 1 | 0 | 2022-02-04 | 2022-02-11 | |
| 100 | 1 | 0 | 2022-02-03 | 2022-02-11 | |
| 100 | 2 | 0 | 2022-02-02 | 2022-02-11 | |
| 20 | 0.5 | 0 | 2022-01-26 | 2022-01-26 | |
| 100 | 2 | 0 | 2022-01-23 | 2022-01-26 | |
| 100 | 2 | 0 | 2022-01-22 | 2022-01-26 | |
| 100 | 2 | 0 | 2022-01-07 | 2022-01-12 | |
| 100 | 2 | 0 | 2022-01-01 | 2022-01-06 | |
| 100 | 2 | 0 | 2022-01-01 | 2022-01-06 | |
| 100 | 1 | 0 | 2021-12-31 | 2022-01-06 | |
| 25 | 0.5 | 0 | 2021-12-14 | 2021-12-15 | |
| 50 | 1 | 0 | 2021-12-13 | 2021-12-15 | |
| 50 | 2 | 0 | 2021-12-13 | 2021-12-15 | |
| 100 | 2 | 0 | 2021-12-12 | 2021-12-15 | |
| 100 | 2 | 0 | 2021-12-10 | 2021-12-15 | |
| 100 | 2 | 0 | 2021-12-10 | 2021-12-15 | |
| 5 | 0.5 | 0 | 2021-12-07 | 2021-12-08 | |
| 50 | 1 | 0 | 2021-12-06 | 2021-12-08 | |
| 50 | 2 | 0 | 2021-12-06 | 2021-12-08 | |
| 100 | 1 | 0 | 2021-11-29 | 2021-12-01 | |
| 100 | 2 | 0 | 2021-11-12 | 2021-11-17 | |
| 100 | 2 | 0 | 2021-11-11 | 2021-11-17 | |
| 100 | 2 | 0 | 2021-11-10 | 2021-11-17 | |
| 100 | 2 | 0 | 2021-11-08 | 2021-11-09 | |
| 100 | 2 | 0 | 2021-11-07 | 2021-11-09 | |
| 100 | 2 | 0 | 2021-11-05 | 2021-11-09 | |
| 100 | 2 | 0 | 2021-11-05 | 2021-11-09 | |
| 100 | 1 | 0 | 2021-11-04 | 2021-11-09 | |
| 100 | 2 | 0 | 2021-11-01 | 2021-11-04 | |
| 100 | 2 | 0 | 2021-10-29 | 2021-11-04 | |
| 100 | 2 | 0 | 2021-10-29 | 2021-11-04 | |
| 100 | 2 | 0 | 2021-10-25 | 2021-10-27 | |
| 50 | 2 | 0 | 2021-10-18 | 2021-10-20 | |
| 100 | 2 | 0 | 2021-10-17 | 2021-10-20 | |
| 50 | 2 | 0 | 2021-10-12 | 2021-10-13 | |
| 100 | 2 | 0 | 2021-10-09 | 2021-10-13 | |
| 100 | 2 | 0 | 2021-10-09 | 2021-10-13 | |
| 100 | 1 | 0 | 2021-10-05 | 2021-10-06 | |
| 100 | 1 | 0 | 2021-10-04 | 2021-10-06 | |
| 100 | 1 | 0 | 2021-10-03 | 2021-10-06 | |
| 70 | 1 | 0 | 2021-09-21 | 2021-09-22 | |
| 100 | 1 | 0 | 2021-09-19 | 2021-09-22 | |
| 30 | 0.5 | 0 | 2021-09-08 | 2021-09-09 | |
| 65 | 1 | 0 | 2021-09-08 | 2021-09-09 | |

| Cashout Amount | Tip Amount | Lightning Speed Fee | Cashout Date | Debit Date (Successful) | Initial Debit Date (Failed/In progress) |
|---|---|---|---|---|---|
| 50 | 2 | 0 | 2021-09-07 | 2021-09-09 | |
| 100 | 2 | 0 | 2021-09-06 | 2021-09-09 | |
| 100 | 2 | 0 | 2021-09-03 | 2021-09-09 | |
| 100 | 2 | 0 | 2021-09-03 | 2021-09-09 | |
| 100 | 2 | 0 | 2021-09-02 | 2021-09-09 | |
| 50 | 2 | 0 | 2021-08-25 | 2021-08-25 | |
| 100 | 1 | 0 | 2021-08-12 | 2021-08-19 | |
| 50 | 2 | 0 | 2021-08-10 | 2021-08-12 | |
| 100 | 2 | 0 | 2021-08-09 | 2021-08-12 | |
| 50 | 2 | 0 | 2021-08-08 | 2021-08-12 | |
| 100 | 2 | 0 | 2021-08-07 | 2021-08-12 | |
| 100 | 2 | 0 | 2021-08-06 | 2021-08-12 | |
| 100 | 2 | 0 | 2021-08-05 | 2021-08-12 | |
| 100 | 2 | 0 | 2021-08-04 | 2021-08-12 | |
| 50 | 2 | 0 | 2021-07-26 | 2021-07-28 | |
| 100 | 2 | 0 | 2021-07-25 | 2021-07-28 | |
| 100 | 2 | 0 | 2021-07-24 | 2021-07-28 | |
| 30 | 0.5 | 0 | 2021-07-22 | 2021-07-28 | |
| 50 | 1 | 0 | 2021-07-21 | 2021-07-23 | |
| 100 | 2 | 0 | 2021-07-19 | 2021-07-23 | |
| 100 | 2 | 0 | 2021-07-14 | 2021-07-16 | |
| 100 | 2 | 0 | 2021-07-12 | 2021-07-16 | |
| 50 | 2 | 0 | 2021-07-08 | 2021-07-16 | |
| 100 | 2 | 0 | 2021-06-28 | 2021-07-02 | |
| 100 | 2 | 0 | 2021-06-25 | 2021-07-02 | |
| 100 | 2 | 0 | 2021-06-25 | 2021-07-02 | |
| 100 | 2 | 0 | 2021-06-22 | 2021-06-25 | |
| 100 | 2 | 0 | 2021-06-15 | 2021-06-18 | |
| 100 | 2 | 0 | 2021-06-12 | 2021-06-18 | |
| 50 | 2 | 0 | 2021-06-09 | 2021-06-11 | |
| 100 | 2 | 0 | 2021-06-08 | 2021-06-11 | |
| 100 | 2 | 0 | 2021-05-26 | 2021-05-28 | |
| 100 | 2 | 0 | 2021-05-25 | 2021-05-28 | |
| 100 | 2 | 0 | 2021-05-23 | 2021-05-28 | |
| 100 | 2 | 0 | 2021-05-23 | 2021-05-28 | |
| 100 | 2 | 0 | 2021-05-17 | 2021-05-21 | |
| 100 | 2 | 0 | 2021-05-15 | 2021-05-21 | |
| 100 | 2 | 0 | 2021-05-15 | 2021-05-21 | |
| 100 | 2 | 0 | 2021-05-14 | 2021-05-21 | |
| 50 | 2 | 0 | 2021-05-12 | 2021-05-14 | |
| 50 | 2 | 0 | 2021-05-11 | 2021-05-14 | |
| 100 | 2 | 0 | 2021-05-10 | 2021-05-14 | |
| 100 | 2 | 0 | 2021-05-09 | 2021-05-14 | |
| 100 | 2 | 0 | 2021-05-07 | 2021-05-14 | |
| 100 | 2 | 0 | 2021-05-07 | 2021-05-14 | |
| 50 | 1 | 0 | 2021-05-05 | 2021-05-07 | |
| 100 | 2 | 0 | 2021-05-03 | 2021-05-07 | |
| 100 | 2 | 0 | 2021-04-28 | 2021-04-30 | |
| 100 | 2 | 0 | 2021-04-27 | 2021-04-30 | |
| 100 | 2 | 0 | 2021-04-21 | 2021-04-23 | |
| 100 | 2 | 0 | 2021-04-19 | 2021-04-23 | |
| 100 | 2 | 0 | 2021-04-19 | 2021-04-23 | |
| 45 | 2 | 0 | 2021-03-16 | 2021-03-19 | |
| 100 | 2 | 0 | 2021-03-15 | 2021-03-19 | |

| Cashout Amount | Tip Amount | Lightning Speed Fee | Cashout Date | Debit Date (Successful) | Initial Debit Date (Failed/In progress) |
|---|---|---|---|---|---|
| 100 | 2 | 0 | 2021-03-14 | 2021-03-19 | |
| 100 | 2 | 0 | 2021-03-12 | 2021-03-19 | |
| 100 | 2 | 0 | 2021-03-12 | 2021-03-19 | |
| 55 | 1 | 0 | 2021-03-11 | 2021-03-19 | |
| 100 | 2 | 0 | 2021-03-08 | 2021-03-12 | |
| 100 | 2 | 0 | 2021-03-08 | 2021-03-12 | |
| 100 | 2 | 0 | 2021-03-05 | 2021-03-12 | |
| 100 | 2 | 0 | 2021-03-05 | 2021-03-12 | |
| 100 | 2 | 0 | 2021-02-16 | 2021-02-19 | |
| 100 | 2 | 0 | 2021-02-09 | 2021-02-12 | |
| 100 | 2 | 0 | 2021-02-08 | 2021-02-12 | |
| 100 | 2 | 0 | 2021-02-05 | 2021-02-12 | |
| 50 | 2 | 0 | 2021-02-03 | 2021-02-05 | |
| 100 | 2 | 0 | 2020-12-04 | 2020-12-11 | |
| 100 | 2 | 0 | 2020-11-12 | 2020-11-20 | |
| 100 | 2 | 0 | 2020-11-09 | 2020-11-13 | |
| 100 | 2 | 0 | 2020-11-08 | 2020-11-13 | |
| 100 | 2 | 0 | 2020-11-06 | 2020-11-13 | |
| 100 | 2 | 0 | 2020-11-06 | 2020-11-13 | |
| 100 | 2 | 0 | 2020-10-27 | 2020-10-30 | |
| 100 | 2 | 0 | 2020-10-26 | 2020-10-30 | |
| 100 | 2 | 0 | 2020-10-25 | 2020-10-30 | |
| 100 | 2 | 0 | 2020-10-21 | 2020-10-23 | |
| 100 | 2 | 0 | 2020-10-20 | 2020-10-23 | |
| 100 | 2 | 0 | 2020-10-14 | 2020-10-16 | |
| 100 | 3 | 0 | 2020-10-13 | 2020-10-16 | |
| 100 | 2 | 0 | 2020-10-12 | 2020-10-16 | |
| 100 | 4 | 0 | 2020-10-07 | 2020-10-09 | |
| 100 | 4 | 0 | 2020-08-31 | 2020-09-04 | |
| 100 | 4 | 0 | 2020-08-30 | 2020-09-04 | |
| 100 | 2 | 0 | 2020-08-28 | 2020-09-04 | |
| 100 | 2 | 0 | 2020-08-28 | 2020-09-04 | |
| 100 | 2 | 0 | 2020-08-24 | 2020-08-28 | |
| 100 | 3 | 0 | 2020-08-21 | 2020-08-28 | |
| 100 | 3 | 0 | 2020-08-21 | 2020-08-28 | |
| 70 | 1 | 0 | 2020-08-18 | 2020-08-21 | |
| 100 | 2 | 0 | 2020-08-16 | 2020-08-21 | |
| 100 | 3 | 0 | 2020-08-14 | 2020-08-21 | |
| 100 | 3 | 0 | 2020-08-14 | 2020-08-21 | |
| 100 | 4 | 0 | 2020-08-12 | 2020-08-14 | |
| 100 | 2 | 0 | 2020-08-09 | 2020-08-14 | |
| 100 | 2 | 0 | 2020-08-09 | 2020-08-14 | |
| 100 | 2 | 0 | 2020-08-07 | 2020-08-14 | |
| 100 | 2 | 0 | 2020-08-07 | 2020-08-14 | |
| 100 | 1 | 0 | 2020-08-04 | 2020-08-07 | |
| 100 | 2 | 0 | 2020-08-03 | 2020-08-07 | |
| 100 | 2 | 0 | 2020-07-28 | 2020-07-31 | |
| 100 | 2 | 0 | 2020-07-20 | 2020-07-24 | |
| 100 | 2 | 0 | 2020-07-15 | 2020-07-17 | |
| 100 | 2 | 0 | 2020-07-03 | 2020-07-10 | |
| 100 | 2 | 0 | 2020-07-03 | 2020-07-10 | |
| 100 | 2 | 0 | 2020-06-15 | 2020-06-19 | |
| 100 | 1 | 0 | 2020-06-14 | 2020-06-19 | |
| 100 | 2 | 0 | 2020-04-14 | 2020-04-17 | |

| Cashout Amount | Tip Amount | Lightning Speed Fee | Cashout Date | Debit Date (Successful) | Initial Debit Date (Failed/In progress) |
|---|---|---|---|---|---|
| 100 | 2 | 0 | 2020-04-11 | 2020-04-17 | |
| 100 | 2 | 0 | 2020-04-10 | 2020-04-17 | |
| 100 | 2 | 0 | 2020-02-09 | 2020-02-14 | |
| 100 | 2 | 0 | 2020-02-07 | 2020-02-14 | |
| 100 | 2 | 0 | 2020-02-07 | 2020-02-14 | |
| 100 | 2 | 0 | 2020-02-05 | 2020-02-07 | |
| 100 | 2 | 0 | 2020-02-05 | 2020-02-07 | |
| 100 | 2 | 0 | 2020-02-02 | 2020-02-07 | |
| 100 | 2 | 0 | 2020-02-02 | 2020-02-07 | |
| 35 | 2 | 0 | 2020-01-30 | 2020-02-07 | |
| 50 | 1 | 0 | 2020-01-29 | 2020-01-31 | |
| 100 | 2 | 0 | 2020-01-22 | 2020-01-24 | |
| 50 | 1 | 0 | 2020-01-16 | 2020-01-17 | |
| 30 | 1.5 | 0 | 2020-01-15 | 2020-01-17 | |
| 50 | 1 | 0 | 2020-01-15 | 2020-01-17 | |
| 100 | 1 | 0 | 2020-01-10 | 2020-01-17 | |
| 100 | 1 | 0 | 2020-01-08 | 2020-01-10 | |
| 100 | 1 | 0 | 2020-01-06 | 2020-01-10 | |
| 100 | 2 | 0 | 2020-01-02 | 2020-01-03 | |
| 75 | 1 | 0 | 2019-12-24 | 2019-12-27 | |
| 100 | 1 | 0 | 2019-12-22 | 2019-12-27 | |
| 100 | 2 | 0 | 2019-12-21 | 2019-12-27 | |
| 100 | 2 | 0 | 2019-12-19 | 2019-12-20 | |
| 20 | 0.5 | 0 | 2019-12-12 | 2019-12-20 | |
| 25 | 0.5 | 0 | 2019-12-12 | 2019-12-20 | |
| 100 | 2 | 0 | 2019-12-06 | 2019-12-13 | |
| 100 | 2 | 0 | 2019-11-15 | 2019-11-22 | |
| 100 | 2 | 0 | 2019-11-15 | 2019-11-22 | |
| 100 | 1 | 0 | 2019-09-08 | 2019-09-13 | |
| 100 | 1 | 0 | 2019-09-07 | 2019-09-13 | |
| 100 | 1 | 0 | 2019-09-06 | 2019-09-13 | |
| 100 | 2 | 0 | 2019-08-14 | 2019-08-16 | |
| 75 | 1 | 0 | 2019-08-12 | 2019-08-16 | |
| 30 | 0.5 | 0 | 2019-08-10 | 2019-08-16 | |
| 100 | 1 | 0 | 2019-08-09 | 2019-08-16 | |
| 100 | 1 | 0 | 2019-08-07 | 2019-08-09 | |
| 100 | 2 | 0 | 2019-08-02 | 2019-08-09 | |
| 100 | 2 | 0 | 2019-08-02 | 2019-08-09 | |
| 100 | 2 | 0 | 2019-07-30 | 2019-08-02 | |
| 100 | 2 | 0 | 2019-07-26 | 2019-08-02 | |
| 100 | 2 | 0 | 2019-07-26 | 2019-08-02 | |
| 50 | 2 | 0 | 2019-07-25 | 2019-08-02 | |
| 100 | 2 | 0 | 2019-07-22 | 2019-07-26 | |
| 100 | 2 | 0 | 2019-07-19 | 2019-07-26 | |
| 50 | 1 | 0 | 2019-07-17 | 2019-07-19 | |
| 100 | 2 | 0 | 2019-07-14 | 2019-07-19 | |
| 100 | 2 | 0 | 2019-07-12 | 2019-07-19 | |
| 60 | 1 | 0 | 2019-07-08 | 2019-07-12 | |
| 40 | 1 | 0 | 2019-07-08 | 2019-07-12 | |
| 100 | 2 | 0 | 2019-07-05 | 2019-07-12 | |
| 100 | 3 | 0 | 2019-06-27 | 2019-07-05 | |
| 100 | 1 | 0 | 2019-06-24 | 2019-07-05 | |
| 100 | 2 | 0 | 2019-06-22 | 2019-07-05 | |
| 100 | 3 | 0 | 2019-06-20 | 2019-06-21 | |

| Cashout Amount | Tip Amount | Lightning Speed Fee | Cashout Date | Debit Date (Successful) | Initial Debit Date (Failed/In progress) |
|---|---|---|---|---|---|
| 50 | 1 | 0 | 2019-06-19 | 2019-06-21 | |
| 100 | 2 | 0 | 2019-06-10 | 2019-06-21 | |
| 100 | 2 | 0 | 2019-06-01 | 2019-06-07 | |
| 100 | 2 | 0 | 2019-05-17 | 2019-05-31 | |
| 100 | 2 | 0 | 2019-05-17 | 2019-05-31 | |
| 100 | 1 | 0 | 2019-05-15 | 2019-05-17 | |
| 25 | 0.5 | 0 | 2019-05-13 | 2019-05-17 | |
| 75 | 2 | 0 | 2019-05-12 | 2019-05-17 | |
| 100 | 2 | 0 | 2019-05-09 | 2019-05-17 | |
| 100 | 2 | 0 | 2019-05-05 | 2019-05-17 | |
| 100 | 2 | 0 | 2019-05-03 | 2019-05-17 | |
| 100 | 2 | 0 | 2019-04-27 | 2019-05-03 | |
| 100 | 1 | 0 | 2019-03-31 | 2019-04-05 | |
| 100 | 3 | 0 | 2019-03-08 | 2019-03-22 | |
| 100 | 3 | 0 | 2019-02-24 | 2019-03-08 | |
| 100 | 3 | 0 | 2019-02-24 | 2019-03-08 | |
| 100 | 2 | 0 | 2019-02-22 | 2019-03-08 | |
| 100 | 2 | 0 | 2019-02-22 | 2019-03-08 | |
| 100 | 3 | 0 | 2019-02-13 | 2019-02-22 | |
| 100 | 2 | 0 | 2019-02-11 | 2019-02-22 | |
| 100 | 3 | 0 | 2019-02-09 | 2019-02-22 | |
| 100 | 3 | 0 | 2019-02-09 | 2019-02-22 | |
| 100 | 2 | 0 | 2019-02-08 | 2019-02-22 | |
| 100 | 3 | 0 | 2019-01-27 | 2019-02-08 | |
| 100 | 4 | 0 | 2019-01-25 | 2019-02-08 | |
| 100 | 4 | 0 | 2019-01-25 | 2019-02-08 | |
| 100 | 3 | 0 | 2019-01-21 | 2019-01-25 | |
| 100 | 2 | 0 | 2019-01-15 | 2019-01-25 | |
| 100 | 3 | 0 | 2019-01-12 | 2019-01-25 | |
| 100 | 3 | 0 | 2019-01-12 | 2019-01-25 | |
| 100 | 3 | 0 | 2019-01-11 | 2019-01-25 | |
| 100 | 3 | 0 | 2019-01-02 | 2019-01-11 | |
| 100 | 3 | 0 | 2018-12-31 | 2019-01-11 | |
| 100 | 3 | 0 | 2018-12-29 | 2019-01-11 | |
| 100 | 3 | 0 | 2018-12-29 | 2019-01-11 | |
| 100 | 2 | 0 | 2018-12-28 | 2019-01-11 | |
| 100 | 5 | 0 | 2018-12-18 | 2018-12-28 | |
| 100 | 3 | 0 | 2018-12-17 | 2018-12-28 | |
| 100 | 3 | 0 | 2018-12-15 | 2018-12-28 | |
| 100 | 3 | 0 | 2018-12-15 | 2018-12-28 | |
| 100 | 2 | 0 | 2018-12-14 | 2018-12-28 | |
| 100 | 3 | 0 | 2018-12-04 | 2018-12-14 | |
| 100 | 3 | 0 | 2018-12-03 | 2018-12-14 | |
| 100 | 3 | 0 | 2018-12-02 | 2018-12-14 | |
| 100 | 1 | 0 | 2018-12-01 | 2018-12-14 | |
| 100 | 3 | 0 | 2018-11-30 | 2018-12-14 | |
| 100 | 2 | 0 | 2018-11-22 | 2018-11-30 | |
| 100 | 3 | 0 | 2018-11-19 | 2018-11-30 | |
| 100 | 2 | 0 | 2018-11-18 | 2018-11-30 | |
| 100 | 5 | 0 | 2018-11-16 | 2018-11-30 | |
| 100 | 5 | 0 | 2018-11-16 | 2018-11-30 | |
| 50 | 2 | 0 | 2018-11-10 | 2018-11-16 | |
| 50 | 1 | 0 | 2018-11-07 | 2018-11-16 | |
| 100 | 3 | 0 | 2018-11-05 | 2018-11-16 | |

| Cashout Amount | Tip Amount | Lightning Speed Fee | Cashout Date | Debit Date (Successful) | Initial Debit Date (Failed/In progress) |
|---|---|---|---|---|---|
| 100 | 3 | 0 | 2018-11-03 | 2018-11-16 | |
| 100 | 3 | 0 | 2018-11-03 | 2018-11-16 | |
| 100 | 4 | 0 | 2018-11-02 | 2018-11-16 | |
| 100 | 6 | 0 | 2018-10-25 | 2018-11-02 | |
| 100 | 4 | 0 | 2018-10-21 | 2018-11-02 | |
| 100 | 4 | 0 | 2018-10-20 | 2018-11-02 | |
| 50 | 3 | 0 | 2018-10-19 | 2018-11-02 | |
| 50 | 3 | 0 | 2018-10-19 | 2018-11-02 | |
| 50 | 2 | 0 | 2018-10-12 | 2018-10-19 | |
| 50 | 2 | 0 | 2018-10-12 | 2018-10-19 | |
| 50 | 2 | 0 | 2018-10-11 | 2018-10-19 | |
| 100 | 3 | 0 | 2018-10-09 | 2018-10-19 | |
| 100 | 4.5 | 0 | 2018-10-06 | 2018-10-19 | |
| 100 | 4.5 | 0 | 2018-10-05 | 2018-10-19 | |
| 100 | 5 | 0 | 2018-10-03 | 2018-10-05 | |
| 100 | 5 | 0 | 2018-09-17 | 2018-09-21 | |
| 100 | 5 | 0 | 2018-09-14 | 2018-09-21 | |
| 100 | 4 | 0 | 2018-09-04 | 2018-09-07 | |
| 100 | 4 | 0 | 2018-08-25 | 2018-09-07 | |
| 20 | 1 | 0 | 2018-08-23 | 2018-09-07 | |
| 20 | 2 | 0 | 2018-08-23 | 2018-09-07 | |
| 5 | 0.5 | 0 | 2018-08-23 | 2018-09-07 | |
| 5 | 1 | 0 | 2018-08-20 | 2018-08-24 | |
| 50 | 5 | 0 | 2018-08-15 | 2018-08-24 | |
| 100 | 5 | 0 | 2018-08-14 | 2018-08-24 | |
| 100 | 5 | 0 | 2018-08-07 | 2018-08-10 | |
| 20 | 2 | 0 | 2018-07-23 | 2018-07-27 | |
| 100 | 5 | 0 | 2018-07-10 | 2018-07-13 | |