# EXHIBIT 8

| Cashout Amount | Tip Amount | Lightning Speed Fee | Cashout Date | Debit Date (Successful) | Initial Debit Date (Failed/In progress) |
|---|---|---|---|---|---|
| 100 | 0 | 3.99 | 2024-08-19 | In progress | 2024-08-21 |
| 100 | 0 | 3.99 | 2024-08-05 | 2024-08-07 | |
| 100 | 1 | 3.99 | 2024-07-30 | 2024-08-07 | |
| 100 | 1 | 3.99 | 2024-07-29 | 2024-08-07 | |
| 100 | 1 | 3.99 | 2024-07-26 | 2024-08-07 | |
| 100 | 1 | 3.99 | 2024-07-12 | 2024-07-24 | |
| 100 | 0 | 3.99 | 2024-07-05 | 2024-07-10 | |
| 100 | 0 | 3.99 | 2024-07-03 | 2024-07-10 | |
| 100 | 0 | 3.99 | 2024-07-02 | 2024-07-10 | |
| 100 | 0 | 3.99 | 2024-06-29 | 2024-07-10 | |
| 100 | 1 | 3.99 | 2024-06-21 | 2024-06-26 | |
| 100 | 1 | 3.99 | 2024-06-20 | 2024-06-26 | |
| 100 | 1 | 3.99 | 2024-06-19 | 2024-06-26 | |
| 100 | 1 | 3.99 | 2024-05-30 | 2024-06-12 | |
| 100 | 0 | 0 | 2024-05-27 | 2024-05-29 | |
| 100 | 0 | 0 | 2024-05-26 | 2024-05-29 | |
| 100 | 0 | 0 | 2024-05-20 | 2024-05-29 | |
| 100 | 0 | 0 | 2024-05-19 | 2024-05-29 | |
| 100 | 0 | 0 | 2024-05-10 | 2024-05-15 | |
| 100 | 0.5 | 3.99 | 2024-05-08 | 2024-05-15 | |
| 100 | 0 | 0 | 2024-05-07 | 2024-05-15 | |
| 100 | 0.5 | 0 | 2024-05-03 | 2024-05-15 | |
| 100 | 0 | 0 | 2024-04-19 | 2024-05-01 | |
| 100 | 0 | 0 | 2024-04-14 | 2024-04-17 | |
| 100 | 0 | 0 | 2024-04-11 | 2024-04-17 | |
| 100 | 0.5 | 3.99 | 2024-04-09 | 2024-04-17 | |
| 100 | 0 | 0 | 2024-02-25 | 2024-03-06 | |
| 100 | 0 | 0 | 2024-02-15 | 2024-02-21 | |
| 100 | 0 | 0 | 2024-01-27 | 2024-02-07 | |
| 100 | 0 | 0 | 2024-01-13 | 2024-01-24 | |
| 100 | 0.5 | 3.99 | 2024-01-12 | 2024-01-24 | |
| 100 | 0 | 3.99 | 2024-01-06 | 2024-01-10 | |
| 100 | 0.5 | 3.99 | 2024-01-05 | 2024-01-10 | |
| 100 | 0 | 0 | 2023-12-17 | 2023-12-27 | |
| 100 | 0 | 0 | 2023-12-16 | 2023-12-27 | |
| 100 | 0 | 0 | 2023-12-07 | 2023-12-13 | |
| 100 | 0 | 0 | 2023-12-05 | 2023-12-13 | |
| 100 | 0 | 0 | 2023-12-01 | 2023-12-13 | |
| 50 | 0 | 2.99 | 2023-11-19 | 2023-11-29 | |
| 100 | 0 | 3.99 | 2023-11-18 | 2023-11-29 | |
| 100 | 0 | 3.99 | 2023-11-17 | 2023-11-29 | |
| 100 | 0 | 3.99 | 2023-11-16 | 2023-11-29 | |
| 100 | 0 | 3.99 | 2023-11-05 | 2023-11-15 | |
| 100 | 0 | 3.99 | 2023-11-04 | 2023-11-15 | |
| 100 | 0 | 3.99 | 2023-11-03 | 2023-11-15 | |
| 100 | 0 | 3.99 | 2023-11-02 | 2023-11-15 | |
| 50 | 0 | 2.99 | 2023-10-28 | 2023-11-01 | |
| 100 | 0 | 0 | 2023-10-24 | 2023-11-01 | |
| 100 | 0 | 3.99 | 2023-10-22 | 2023-11-01 | |
| 100 | 0.5 | 3.99 | 2023-10-21 | 2023-11-01 | |

| Cashout Amount | Tip Amount | Lightning Speed Fee | Cashout Date | Debit Date (Successful) | Initial Debit Date (Failed/In progress) |
|---|---|---|---|---|---|
| 100 | 0.5 | 3.99 | 2023-10-20 | 2023-11-01 | |
| 100 | 0 | 0 | 2023-10-07 | 2023-10-18 | |
| 100 | 0.5 | 3.99 | 2023-10-06 | 2023-10-18 | |
| 100 | 0.5 | 3.99 | 2023-10-04 | 2023-10-18 | |
| 100 | 0 | 0 | 2023-10-02 | 2023-10-04 | |
| 100 | 0 | 0 | 2023-09-24 | 2023-10-04 | |
| 100 | 0 | 0 | 2023-09-12 | 2023-09-20 | |
| 100 | 0 | 3.99 | 2023-09-08 | 2023-09-20 | |
| 100 | 0 | 0 | 2023-08-25 | 2023-09-06 | |
| 100 | 0 | 3.99 | 2023-08-20 | 2023-08-23 | |
| 100 | 0 | 0 | 2023-08-17 | 2023-08-23 | |
| 100 | 0.5 | 3.99 | 2023-08-16 | 2023-08-23 | |
| 100 | 0 | 0 | 2023-07-26 | 2023-08-09 | |
| 100 | 0.5 | 3.99 | 2023-07-25 | 2023-08-09 | |
| 100 | 0.5 | 3.99 | 2023-07-24 | 2023-07-26 | |
| 100 | 0 | 0 | 2022-11-09 | 2022-11-18 | |
| 100 | 0.5 | 3.99 | 2022-11-08 | 2022-11-18 | |
| 100 | 0 | 0 | 2022-10-26 | 2022-11-04 | |
| 100 | 0 | 0 | 2022-10-25 | 2022-11-04 | |
| 100 | 0 | 0 | 2022-10-24 | 2022-11-04 | |
| 50 | 1 | 2.99 | 2022-10-19 | 2022-10-21 | |
| 50 | 1 | 2.99 | 2022-10-14 | 2022-10-21 | |
| 100 | 0 | 0 | 2022-10-11 | 2022-10-21 | |
| 100 | 0 | 0 | 2022-10-05 | 2022-10-07 | |
| 100 | 1 | 3.99 | 2022-10-04 | 2022-10-07 | |
| 100 | 0 | 0 | 2022-09-29 | 2022-10-07 | |
| 100 | 0 | 0 | 2022-09-23 | 2022-10-07 | |
| 100 | 0 | 3.99 | 2022-09-10 | 2022-09-23 | |
| 100 | 0 | 0 | 2022-09-08 | 2022-09-23 | |
| 100 | 0 | 0 | 2022-08-31 | 2022-09-09 | |
| 100 | 0 | 0 | 2022-08-30 | 2022-09-09 | |
| 100 | 0 | 0 | 2022-08-29 | 2022-09-09 | |
| 100 | 0 | 0 | 2022-08-25 | 2022-08-26 | |
| 100 | 0 | 0 | 2022-08-24 | 2022-08-26 | |
| 100 | 0 | 0 | 2022-08-23 | 2022-08-26 | |
| 100 | 0 | 3.99 | 2022-08-22 | 2022-08-26 | |
| 100 | 0 | 0 | 2022-08-20 | 2022-08-26 | |
| 100 | 1 | 3.99 | 2022-08-17 | 2022-08-26 | |
| 100 | 1 | 3.99 | 2022-08-09 | 2022-08-12 | |
| 100 | 1 | 3.99 | 2022-08-03 | 2022-08-12 | |
| 100 | 0 | 3.99 | 2022-07-28 | 2022-08-12 | |
| 100 | 0 | 3.99 | 2022-07-27 | 2022-07-29 | |
| 100 | 0.5 | 3.99 | 2022-07-10 | 2022-07-15 | |
| 100 | 0 | 3.99 | 2022-07-06 | 2022-07-15 | |
| 100 | 1 | 3.99 | 2022-06-21 | 2022-07-01 | |
| 100 | 1.5 | 0 | 2022-06-13 | 2022-06-17 | |
| 100 | 1.5 | 0 | 2022-06-08 | 2022-06-17 | |
| 100 | 1.5 | 0 | 2022-06-07 | 2022-06-17 | |
| 100 | 0.5 | 3.99 | 2022-06-06 | 2022-06-17 | |
| 100 | 1.5 | 0 | 2022-05-30 | 2022-06-03 | |
| 100 | 1.5 | 0 | 2022-05-27 | 2022-06-03 | |
| 100 | 1.5 | 0 | 2022-05-26 | 2022-06-03 | |
| 100 | 1.5 | 0 | 2022-05-24 | 2022-06-03 | |

| Cashout Amount | Tip Amount | Lightning Speed Fee | Cashout Date | Debit Date (Successful) | Initial Debit Date (Failed/In progress) |
|---|---|---|---|---|---|
| 100 | 1.5 | 0 | 2022-05-23 | 2022-06-03 | |
| 100 | 1.5 | 0 | 2022-05-19 | 2022-05-20 | |
| 100 | 1.5 | 0 | 2022-05-18 | 2022-05-20 | |
| 100 | 1.5 | 0 | 2022-05-12 | 2022-05-20 | |
| 100 | 1.5 | 0 | 2022-05-11 | 2022-05-20 | |
| 100 | 1.5 | 0 | 2022-05-10 | 2022-05-20 | |
| 100 | 1.5 | 0 | 2022-05-09 | 2022-05-20 | |
| 100 | 1.5 | 0 | 2022-04-13 | 2022-04-22 | |
| 100 | 1.5 | 0 | 2022-04-12 | 2022-04-22 | |
| 100 | 1.5 | 0 | 2022-04-11 | 2022-04-22 | |
| 100 | 1.5 | 0 | 2022-03-29 | 2022-04-08 | |
| 100 | 0.5 | 3.99 | 2022-03-28 | 2022-04-08 | |
| 100 | 1.5 | 0 | 2022-03-24 | 2022-03-25 | |
| 50 | 0.5 | 2.99 | 2022-03-23 | 2022-03-25 | |
| 100 | 1.5 | 0 | 2022-03-22 | 2022-03-25 | |
| 100 | 1 | 0 | 2022-03-21 | 2022-03-25 | |
| 100 | 0 | 0 | 2022-03-15 | 2022-03-25 | |
| 100 | 0 | 0 | 2021-07-28 | 2021-07-30 | |
| 100 | 1 | 0 | 2021-07-28 | 2021-07-30 | |
| 100 | 1 | 0 | 2021-05-21 | 2021-06-04 | |
| 100 | 4 | 0 | 2021-01-31 | 2021-02-12 | |
| 100 | 0 | 0 | 2021-01-14 | 2021-01-29 | |
| 100 | 4 | 0 | 2020-12-10 | 2020-12-18 | |
| 100 | 0 | 0 | 2020-01-23 | 2020-01-31 | |
| 50 | 0 | 0 | 2020-01-14 | 2020-01-17 | |
| 50 | 0 | 0 | 2019-12-25 | 2020-01-03 | |
| 100 | 0 | 0 | 2019-12-24 | 2020-01-03 | |
| 100 | 0 | 0 | 2019-11-18 | 2019-11-22 | |
| 50 | 0 | 0 | 2019-10-23 | 2019-10-25 | |
| 100 | 0 | 0 | 2019-10-18 | 2019-10-25 | |
| 68.21 | 0 | 0 | 2019-10-09 | 2019-10-11 | |
| 100 | 0 | 0 | 2019-09-10 | 2019-09-13 | |
| 100 | 0 | 0 | 2019-07-24 | 2019-08-02 | |
| 100 | 0 | 0 | 2019-06-05 | 2019-06-14 | |
| 100 | 0 | 0 | 2019-05-13 | 2019-05-17 | |
| 100 | 0 | 0 | 2019-05-13 | 2019-05-17 | |
| 100 | 1 | 0 | 2019-02-25 | 2019-03-08 | |
| 100 | 1 | 0 | 2019-02-18 | 2019-02-22 | |
| 100 | 0 | 0 | 2019-02-05 | 2019-02-08 | |
| 100 | 1 | 0 | 2019-01-22 | 2019-01-25 | |
| 100 | 0 | 0 | 2018-10-13 | 2018-10-26 | |
| 100 | 0 | 0 | 2018-09-29 | 2018-10-12 | |
| 100 | 1 | 0 | 2018-09-21 | 2018-09-28 | |
| 100 | 1 | 0 | 2018-09-01 | 2018-09-14 | |
| 100 | 0 | 0 | 2018-08-18 | 2018-08-31 | |
| 57 | 0 | 0 | 2018-08-15 | 2018-08-17 | |
| 43 | 0 | 0 | 2018-08-15 | 2018-08-17 | |
| 100 | 1 | 0 | 2018-06-26 | 2018-07-06 | |
| 100 | 0 | 0 | 2018-06-12 | 2018-06-22 | |
| 99 | 0 | 0 | 2018-05-20 | 2018-05-25 | |
| 1 | 0 | 0 | 2018-05-20 | 2018-05-25 | |
| 100 | 1 | 0 | 2018-05-03 | 2018-05-11 | |
| 100 | 0 | 0 | 2018-04-06 | 2018-04-13 | |

| Cashout Amount | Tip Amount | Lightning Speed Fee | Cashout Date | Debit Date (Successful) | Initial Debit Date (Failed/In progress) |
|---|---|---|---|---|---|
| 100 | 1 | 0 | 2018-03-18 | 2018-03-30 | |
| 100 | 0 | 0 | 2018-03-04 | 2018-03-16 | |
| 100 | 0 | 0 | 2018-02-10 | 2018-02-16 | |
| 100 | 0 | 0 | 2018-02-10 | 2018-02-16 | |
| 100 | 1 | 0 | 2018-01-20 | 2018-02-02 | |
| 100 | 0 | 0 | 2018-01-09 | 2018-01-19 | |
| 100 | 0 | 0 | 2018-01-08 | 2018-01-19 | |
| 100 | 0 | 0 | 2017-12-26 | 2018-01-05 | |
| 100 | 0 | 0 | 2017-12-18 | 2017-12-22 | |
| 100 | 1 | 0 | 2017-11-25 | 2017-12-08 | |
| 25 | 0 | 0 | 2017-11-22 | 2017-11-24 | |
| 12 | 0.5 | 0 | 2017-11-22 | 2017-11-24 | |
| 50 | 2 | 0 | 2017-10-11 | 2017-10-13 | |