# EXHIBIT 9

| Cashout Amount | Tip Amount | Lightning Speed Fee | Cashout Date | Debit Date (Successful) | Initial Debit Date (Failed/In progress) |
|---|---|---|---|---|---|
| 104 | 0 | 0 | 2025-07-22 | 2025-07-31 | |
| 150 | 0 | 0 | 2025-07-21 | 2025-07-31 | |
| 146 | 0 | 5.99 | 2025-07-19 | 2025-07-31 | |
| 150 | 1 | 0 | 2025-07-18 | 2025-07-31 | |
| 150 | 0 | 0 | 2025-07-17 | 2025-07-31 | |
| 100 | 1 | 0 | 2025-07-10 | 2025-07-17 | |
| 150 | 0 | 5.99 | 2025-07-07 | 2025-07-17 | |
| 150 | 0 | 5.99 | 2025-07-05 | 2025-07-17 | |
| 150 | 0 | 5.99 | 2025-07-04 | 2025-07-17 | |
| 150 | 2 | 0 | 2025-07-03 | 2025-07-17 | |
| 50 | 1 | 3.99 | 2025-07-01 | 2025-07-03 | |
| 150 | 2 | 0 | 2025-06-25 | 2025-07-03 | |
| 150 | 2 | 0 | 2025-06-24 | 2025-07-03 | |
| 150 | 2 | 0 | 2025-06-23 | 2025-07-03 | |
| 150 | 2 | 0 | 2025-06-20 | 2025-07-03 | |
| 100 | 2 | 0 | 2025-06-11 | 2025-06-18 | |
| 150 | 2 | 0 | 2025-06-10 | 2025-06-18 | |
| 150 | 2 | 0 | 2025-06-08 | 2025-06-18 | |
| 150 | 3 | 0 | 2025-06-06 | 2025-06-18 | |
| 150 | 3 | 0 | 2025-06-05 | 2025-06-18 | |
| 100 | 2 | 3.99 | 2025-05-31 | 2025-06-05 | |
| 150 | 2 | 0 | 2025-05-30 | 2025-06-05 | |
| 150 | 2 | 0 | 2025-05-29 | 2025-06-05 | |
| 150 | 3 | 0 | 2025-05-28 | 2025-06-05 | |
| 150 | 4 | 0 | 2025-05-22 | 2025-06-05 | |
| 100 | 2 | 3.99 | 2025-05-17 | 2025-05-22 | |
| 150 | 3 | 0 | 2025-05-15 | 2025-05-22 | |
| 150 | 3 | 0 | 2025-05-14 | 2025-05-22 | |
| 150 | 4 | 0 | 2025-05-09 | 2025-05-22 | |
| 150 | 5 | 0 | 2025-05-08 | 2025-05-22 | |
| 100 | 1 | 3.99 | 2025-05-05 | 2025-05-08 | |
| 150 | 3 | 5.99 | 2025-05-03 | 2025-05-08 | |
| 150 | 4 | 0 | 2025-05-02 | 2025-05-08 | |
| 150 | 4 | 0 | 2025-04-30 | 2025-05-08 | |
| 150 | 5 | 0 | 2025-04-29 | 2025-05-08 | |
| 85 | 2 | 3.99 | 2025-04-22 | 2025-04-24 | |
| 150 | 7 | 0 | 2025-04-17 | 2025-04-24 | |
| 150 | 5 | 0 | 2025-04-14 | 2025-04-24 | |
| 150 | 6 | 0 | 2025-04-11 | 2025-04-24 | |
| 150 | 6 | 0 | 2025-04-10 | 2025-04-24 | |
| 50 | 3 | 3.99 | 2025-04-09 | 2025-04-10 | |
| 50 | 4 | 0 | 2025-04-05 | 2025-04-10 | |
| 150 | 7 | 0 | 2025-04-03 | 2025-04-10 | |
| 150 | 8 | 0 | 2025-04-02 | 2025-04-10 | |
| 150 | 10 | 0 | 2025-04-01 | 2025-04-10 | |
| 150 | 9 | 0 | 2025-03-30 | 2025-04-10 | |
| 150 | 8 | 0 | 2025-03-20 | 2025-03-27 | |

| Cashout Amount | Tip Amount | Lightning Speed Fee | Cashout Date | Debit Date (Successful) | Initial Debit Date (Failed/In progress) |
|---|---|---|---|---|---|
| 150 | 10 | 0 | 2025-03-18 | 2025-03-27 | |
| 150 | 10 | 0 | 2025-03-14 | 2025-03-27 | |
| 150 | 10 | 0 | 2025-03-13 | 2025-03-27 | |
| 50 | 6 | 0 | 2025-03-07 | 2025-03-13 | |
| 56 | 6 | 0 | 2025-03-06 | 2025-03-13 | |
| 150 | 11 | 5.99 | 2025-03-03 | 2025-03-13 | |
| 144 | 8 | 0 | 2025-02-28 | 2025-03-13 | |
| 150 | 11 | 0 | 2025-02-27 | 2025-03-13 | |
| 100 | 11 | 0 | 2025-02-21 | 2025-02-27 | |
| 150 | 11 | 0 | 2025-02-19 | 2025-02-27 | |
| 150 | 11 | 0 | 2025-02-18 | 2025-02-27 | |
| 50 | 5 | 3.99 | 2025-02-04 | 2025-02-13 | |
| 150 | 11 | 0 | 2025-02-02 | 2025-02-13 | |
| 150 | 13 | 0 | 2025-01-31 | 2025-02-13 | |
| 72 | 7 | 3.99 | 2025-01-27 | 2025-01-30 | |
| 150 | 9 | 5.99 | 2025-01-24 | 2025-01-30 | |
| 128 | 13 | 0 | 2025-01-16 | 2025-01-30 | |
| 129 | 13 | 0 | 2025-01-11 | 2025-01-16 | |
| 64 | 9 | 0 | 2025-01-08 | 2025-01-16 | |
| 150 | 13 | 0 | 2025-01-07 | 2025-01-16 | |
| 64 | 9 | 0 | 2025-01-03 | 2025-01-16 | |
| 150 | 13 | 5.99 | 2024-12-31 | 2025-01-16 | |
| 150 | 13 | 0 | 2024-12-28 | 2025-01-02 | |
| 150 | 13 | 0 | 2024-12-20 | 2025-01-02 | |
| 150 | 13 | 0 | 2024-12-17 | 2024-12-19 | |
| 36 | 5 | 2.99 | 2024-12-09 | 2024-12-19 | |
| 99 | 11 | 2.99 | 2024-12-08 | 2024-12-19 | |
| 150 | 13 | 0 | 2024-12-05 | 2024-12-19 | |
| 150 | 13 | 0 | 2024-12-03 | 2024-12-05 | |
| 150 | 13 | 0 | 2024-12-02 | 2024-12-05 | |
| 150 | 13 | 0 | 2024-11-29 | 2024-12-05 | |
| 50 | 8 | 0 | 2024-11-18 | 2024-11-21 | |
| 150 | 13 | 0 | 2024-11-16 | 2024-11-21 | |
| 150 | 13 | 0 | 2024-11-15 | 2024-11-21 | |
| 100 | 13 | 0 | 2024-10-31 | 2024-11-07 | |
| 150 | 13 | 0 | 2024-10-30 | 2024-11-07 | |
| 150 | 13 | 0 | 2024-10-28 | 2024-11-07 | |
| 150 | 13 | 0 | 2024-10-17 | 2024-10-24 | |
| 150 | 13 | 0 | 2024-10-16 | 2024-10-24 | |
| 150 | 13 | 0 | 2024-10-13 | 2024-10-24 | |
| 150 | 11 | 0 | 2024-10-08 | 2024-10-10 | |
| 150 | 11 | 0 | 2024-09-30 | 2024-10-10 | |
| 101 | 11 | 0 | 2024-09-24 | 2024-09-26 | |
| 100 | 11 | 0 | 2024-09-23 | 2024-09-26 | |
| 100 | 11 | 0 | 2024-09-18 | 2024-09-26 | |
| 100 | 11 | 0 | 2024-09-17 | 2024-09-26 | |
| 100 | 11 | 0 | 2024-09-12 | 2024-09-26 | |
| 100 | 11 | 3.99 | 2024-09-08 | 2024-09-12 | |
| 100 | 11 | 3.99 | 2024-09-04 | 2024-09-12 | |
| 100 | 11 | 3.99 | 2024-09-03 | 2024-09-12 | |
| 100 | 11 | 3.99 | 2024-09-02 | 2024-09-12 | |
| 100 | 11 | 3.99 | 2024-08-31 | 2024-09-12 | |

| Cashout Amount | Tip Amount | Lightning Speed Fee | Cashout Date | Debit Date (Successful) | Initial Debit Date (Failed/In progress) |
|---|---|---|---|---|---|
| 100 | 11 | 0 | 2024-08-29 | 2024-09-12 | |
| 100 | 11 | 3.99 | 2024-08-28 | 2024-08-29 | |
| 100 | 11 | 3.99 | 2024-08-26 | 2024-08-29 | |
| 100 | 11 | 3.99 | 2024-08-25 | 2024-08-29 | |
| 100 | 11 | 3.99 | 2024-08-23 | 2024-08-29 | |
| 100 | 11 | 3.99 | 2024-08-22 | 2024-08-29 | |
| 100 | 11 | 3.99 | 2024-08-10 | 2024-08-15 | |
| 100 | 11 | 3.99 | 2024-08-08 | 2024-08-15 | |
| 100 | 11 | 0 | 2024-08-07 | 2024-08-15 | |
| 100 | 11 | 0 | 2024-08-05 | 2024-08-15 | |
| 100 | 11 | 3.99 | 2024-08-03 | 2024-08-15 | |
| 100 | 11 | 0 | 2024-08-02 | 2024-08-15 | |
| 100 | 11 | 0 | 2024-08-01 | 2024-08-15 | |
| 100 | 11 | 3.99 | 2024-07-30 | 2024-08-01 | |
| 100 | 11 | 3.99 | 2024-07-29 | 2024-08-01 | |
| 100 | 11 | 3.99 | 2024-07-27 | 2024-08-01 | |
| 100 | 11 | 3.99 | 2024-07-26 | 2024-08-01 | |
| 100 | 11 | 3.99 | 2024-07-22 | 2024-08-01 | |
| 100 | 11 | 0 | 2024-07-18 | 2024-08-01 | |
| 100 | 11 | 0 | 2024-07-15 | 2024-07-18 | |
| 100 | 11 | 0 | 2024-07-11 | 2024-07-18 | |
| 100 | 11 | 0 | 2024-07-10 | 2024-07-18 | |
| 100 | 11 | 0 | 2024-07-07 | 2024-07-18 | |
| 100 | 11 | 3.99 | 2024-07-05 | 2024-07-18 | |
| 100 | 11 | 3.99 | 2024-07-04 | 2024-07-18 | |
| 100 | 11 | 3.99 | 2024-07-03 | 2024-07-18 | |
| 100 | 11 | 3.99 | 2024-06-27 | 2024-07-03 | |
| 100 | 11 | 0 | 2024-06-26 | 2024-07-03 | |
| 100 | 11 | 0 | 2024-06-24 | 2024-07-03 | |
| 100 | 11 | 0 | 2024-06-23 | 2024-07-03 | |
| 100 | 11 | 0 | 2024-06-22 | 2024-07-03 | |
| 100 | 11 | 0 | 2024-06-21 | 2024-07-03 | |
| 100 | 11 | 0 | 2024-06-20 | 2024-07-03 | |
| 100 | 11 | 0 | 2024-06-17 | 2024-06-20 | |
| 100 | 11 | 3.99 | 2024-06-16 | 2024-06-20 | |
| 100 | 11 | 0 | 2024-06-14 | 2024-06-20 | |
| 100 | 11 | 0 | 2024-06-11 | 2024-06-20 | |
| 100 | 11 | 0 | 2024-06-09 | 2024-06-20 | |
| 100 | 11 | 3.99 | 2024-06-08 | 2024-06-20 | |
| 50 | 8 | 0 | 2024-06-07 | 2024-06-20 | |
| 50 | 8 | 3.99 | 2024-06-07 | 2024-06-20 | |
| 50 | 8 | 3.99 | 2024-06-04 | 2024-06-06 | |
| 100 | 11 | 3.99 | 2024-06-02 | 2024-06-06 | |
| 100 | 11 | 3.99 | 2024-06-01 | 2024-06-06 | |
| 100 | 11 | 3.99 | 2024-05-31 | 2024-06-06 | |
| 100 | 11 | 0 | 2024-05-29 | 2024-06-06 | |
| 100 | 11 | 0 | 2024-05-27 | 2024-06-06 | |
| 100 | 11 | 0 | 2024-05-26 | 2024-06-06 | |
| 100 | 11 | 0 | 2024-05-25 | 2024-06-06 | |
| 55 | 8 | 3.99 | 2024-05-22 | 2024-05-23 | |
| 100 | 11 | 0 | 2024-05-16 | 2024-05-23 | |
| 100 | 11 | 0 | 2024-05-15 | 2024-05-23 | |

| Cashout Amount | Tip Amount | Lightning Speed Fee | Cashout Date | Debit Date (Successful) | Initial Debit Date (Failed/In progress) |
|---|---|---|---|---|---|
| 100 | 11 | 0 | 2024-05-14 | 2024-05-23 | |
| 100 | 11 | 0 | 2024-05-13 | 2024-05-23 | |
| 100 | 11 | 0 | 2024-05-12 | 2024-05-23 | |
| 100 | 11 | 0 | 2024-05-10 | 2024-05-23 | |
| 95 | 11 | 3.99 | 2024-05-08 | 2024-05-23 | |
| 100 | 11 | 0 | 2024-05-03 | 2024-05-09 | |
| 100 | 11 | 0 | 2024-05-02 | 2024-05-09 | |
| 100 | 11 | 0 | 2024-05-01 | 2024-05-09 | |
| 100 | 11 | 0 | 2024-04-30 | 2024-05-09 | |
| 100 | 11 | 0 | 2024-04-29 | 2024-05-09 | |
| 100 | 11 | 0 | 2024-04-28 | 2024-05-09 | |
| 55 | 8 | 3.99 | 2024-04-24 | 2024-05-09 | |
| 100 | 11 | 3.99 | 2024-04-21 | 2024-04-25 | |
| 100 | 11 | 3.99 | 2024-04-20 | 2024-04-25 | |
| 100 | 11 | 3.99 | 2024-04-19 | 2024-04-25 | |
| 100 | 11 | 3.99 | 2024-04-18 | 2024-04-25 | |
| 100 | 11 | 3.99 | 2024-04-17 | 2024-04-25 | |
| 100 | 11 | 3.99 | 2024-04-09 | 2024-04-11 | |
| 100 | 11 | 3.99 | 2024-04-07 | 2024-04-11 | |
| 100 | 11 | 3.99 | 2024-04-06 | 2024-04-11 | |
| 100 | 11 | 3.99 | 2024-04-05 | 2024-04-11 | |
| 100 | 11 | 3.99 | 2024-04-04 | 2024-04-11 | |
| 100 | 11 | 0 | 2024-04-02 | 2024-04-11 | |
| 100 | 11 | 3.99 | 2024-04-01 | 2024-04-11 | |
| 100 | 11 | 3.99 | 2024-03-22 | 2024-03-28 | |
| 100 | 11 | 0 | 2024-03-21 | 2024-03-28 | |
| 100 | 11 | 3.99 | 2024-03-18 | 2024-03-28 | |
| 100 | 11 | 0 | 2024-03-16 | 2024-03-28 | |
| 100 | 11 | 0 | 2024-03-15 | 2024-03-28 | |
| 100 | 11 | 3.99 | 2024-03-11 | 2024-03-14 | |
| 100 | 11 | 3.99 | 2024-03-10 | 2024-03-14 | |
| 100 | 11 | 3.99 | 2024-03-07 | 2024-03-14 | |
| 100 | 11 | 0 | 2024-03-04 | 2024-03-14 | |
| 100 | 11 | 0 | 2024-03-03 | 2024-03-14 | |
| 100 | 11 | 3.99 | 2024-03-02 | 2024-03-14 | |
| 100 | 11 | 3.99 | 2024-03-01 | 2024-03-14 | |
| 100 | 11 | 3.99 | 2024-02-27 | 2024-02-29 | |
| 100 | 11 | 3.99 | 2024-02-26 | 2024-02-29 | |
| 100 | 11 | 0 | 2024-02-22 | 2024-02-29 | |
| 100 | 11 | 3.99 | 2024-02-13 | 2024-02-15 | |
| 100 | 11 | 3.99 | 2024-02-11 | 2024-02-15 | |
| 100 | 11 | 3.99 | 2024-02-10 | 2024-02-15 | |
| 100 | 11 | 3.99 | 2024-02-09 | 2024-02-15 | |
| 100 | 11 | 0 | 2024-02-07 | 2024-02-15 | |
| 100 | 11 | 3.99 | 2023-11-29 | 2023-12-07 | |
| 100 | 11 | 3.99 | 2023-11-28 | 2023-12-07 | |
| 100 | 11 | 0 | 2023-11-25 | 2023-12-07 | |
| 100 | 11 | 0 | 2023-11-24 | 2023-12-07 | |
| 100 | 11 | 3.99 | 2023-11-18 | 2023-11-22 | |
| 100 | 11 | 0 | 2023-11-16 | 2023-11-22 | |
| 100 | 11 | 3.99 | 2023-11-15 | 2023-11-22 | |
| 100 | 11 | 3.99 | 2023-11-04 | 2023-11-09 | |

| Cashout Amount | Tip Amount | Lightning Speed Fee | Cashout Date | Debit Date (Successful) | Initial Debit Date (Failed/In progress) |
|---|---|---|---|---|---|
| 100 | 11 | 3.99 | 2023-11-03 | 2023-11-09 | |
| 100 | 11 | 3.99 | 2023-11-02 | 2023-11-09 | |
| 100 | 11 | 0 | 2023-11-01 | 2023-11-09 | |
| 100 | 11 | 0 | 2023-10-31 | 2023-11-09 | |
| 100 | 11 | 0 | 2023-10-18 | 2023-10-26 | |
| 100 | 11 | 3.99 | 2023-10-17 | 2023-10-26 | |
| 100 | 11 | 0 | 2023-10-16 | 2023-10-26 | |
| 100 | 11 | 0 | 2023-10-02 | 2023-10-12 | |
| 100 | 11 | 0 | 2023-09-30 | 2023-10-12 | |
| 100 | 11 | 0 | 2023-09-24 | 2023-09-28 | |
| 100 | 11 | 0 | 2023-09-23 | 2023-09-28 | |
| 100 | 11 | 0 | 2023-09-22 | 2023-09-28 | |
| 50 | 8 | 2.99 | 2023-07-04 | 2023-07-06 | |
| 100 | 11 | 0 | 2023-06-24 | 2023-07-06 | |
| 100 | 11 | 0 | 2023-06-23 | 2023-07-06 | |
| 100 | 11 | 0 | 2023-06-22 | 2023-07-06 | |
| 100 | 11 | 3.99 | 2023-06-18 | 2023-06-22 | |
| 100 | 11 | 0 | 2023-06-14 | 2023-06-22 | |
| 100 | 11 | 0 | 2023-06-12 | 2023-06-22 | |
| 100 | 11 | 0 | 2023-06-08 | 2023-06-22 | |
| 100 | 11 | 0 | 2023-06-01 | 2023-06-08 | |
| 100 | 11 | 0 | 2023-05-31 | 2023-06-08 | |
| 100 | 11 | 0 | 2023-05-30 | 2023-06-08 | |
| 100 | 11 | 3.99 | 2023-05-29 | 2023-06-08 | |
| 100 | 11 | 3.99 | 2023-02-06 | 2023-02-16 | |
| 100 | 11 | 3.99 | 2023-02-05 | 2023-02-16 | |
| 100 | 11 | 3.99 | 2023-02-04 | 2023-02-16 | |
| 50 | 8 | 2.99 | 2023-01-29 | 2023-02-02 | |
| 100 | 11 | 3.99 | 2023-01-27 | 2023-02-02 | |
| 100 | 11 | 3.99 | 2023-01-26 | 2023-02-02 | |
| 100 | 11 | 3.99 | 2023-01-25 | 2023-02-02 | |
| 100 | 11 | 3.99 | 2023-01-21 | 2023-02-02 | |
| 100 | 11 | 3.99 | 2023-01-16 | 2023-01-19 | |
| 100 | 11 | 3.99 | 2023-01-10 | 2023-01-19 | |
| 100 | 11 | 3.99 | 2023-01-09 | 2023-01-19 | |
| 100 | 11 | 3.99 | 2023-01-04 | 2023-01-19 | |
| 100 | 11 | 3.99 | 2022-12-23 | 2023-01-05 | |
| 30 | 5 | 2.99 | 2022-12-20 | 2022-12-22 | |
| 100 | 11 | 3.99 | 2022-12-11 | 2022-12-22 | |
| 100 | 11 | 3.99 | 2022-12-10 | 2022-12-22 | |
| 100 | 11 | 3.99 | 2022-12-09 | 2022-12-22 | |
| 100 | 11 | 3.99 | 2022-12-06 | 2022-12-08 | |
| 100 | 11 | 3.99 | 2022-12-02 | 2022-12-08 | |
| 100 | 11 | 0 | 2022-11-29 | 2022-12-08 | |
| 100 | 11 | 0 | 2022-11-28 | 2022-12-08 | |
| 100 | 11 | 3.99 | 2022-10-18 | 2022-10-28 | |
| 100 | 11 | 3.99 | 2022-10-17 | 2022-10-28 | |
| 100 | 11 | 3.99 | 2022-10-12 | 2022-10-14 | |
| 100 | 11 | 3.99 | 2022-07-29 | 2022-08-04 | |
| 85 | 11 | 3.99 | 2022-07-20 | 2022-08-04 | |
| 100 | 11 | 3.99 | 2022-07-18 | 2022-07-21 | |
| 100 | 11 | 3.99 | 2022-07-16 | 2022-07-21 | |

| Cashout Amount | Tip Amount | Lightning Speed Fee | Cashout Date | Debit Date (Successful) | Initial Debit Date (Failed/In progress) |
|---|---|---|---|---|---|
| 100 | 11 | 3.99 | 2022-07-14 | 2022-07-21 | |
| 100 | 11 | 3.99 | 2022-07-13 | 2022-07-21 | |
| 100 | 11 | 3.99 | 2022-05-13 | 2022-05-26 | |
| 100 | 11 | 3.99 | 2022-05-12 | 2022-05-26 | |
| 100 | 11 | 0 | 2022-05-09 | 2022-05-12 | |
| 100 | 11 | 0 | 2022-05-04 | 2022-05-12 | |
| 100 | 11 | 0 | 2022-05-03 | 2022-05-12 | |
| 100 | 11 | 3.99 | 2022-05-01 | 2022-05-12 | |
| 100 | 11 | 3.99 | 2022-04-28 | 2022-05-12 | |
| 100 | 11 | 3.99 | 2022-04-22 | 2022-04-28 | |
| 100 | 11 | 3.99 | 2022-04-20 | 2022-04-28 | |
| 100 | 11 | 3.99 | 2022-04-19 | 2022-04-28 | |
| 100 | 11 | 3.99 | 2022-04-17 | 2022-04-28 | |
| 100 | 11 | 3.99 | 2022-04-16 | 2022-04-28 | |
| 50 | 8 | 2.99 | 2022-04-13 | 2022-04-14 | |
| 100 | 11 | 3.99 | 2022-04-09 | 2022-04-14 | |
| 100 | 11 | 3.99 | 2022-04-07 | 2022-04-14 | |
| 100 | 11 | 3.99 | 2022-04-05 | 2022-04-14 | |
| 100 | 11 | 3.99 | 2022-03-14 | 2022-03-17 | |
| 100 | 11 | 0 | 2022-03-13 | 2022-03-17 | |
| 100 | 11 | 0 | 2022-03-11 | 2022-03-17 | |
| 100 | 11 | 0 | 2022-03-09 | 2022-03-17 | |
| 100 | 11 | 0 | 2022-01-18 | 2022-01-20 | |
| 100 | 11 | 0 | 2022-01-15 | 2022-01-20 | |
| 100 | 11 | 0 | 2022-01-14 | 2022-01-20 | |
| 100 | 11 | 0 | 2022-01-13 | 2022-01-20 | |
| 100 | 11 | 0 | 2022-01-12 | 2022-01-20 | |
| 100 | 11 | 0 | 2022-01-03 | 2022-01-06 | |
| 100 | 11 | 0 | 2022-01-02 | 2022-01-06 | |
| 100 | 11 | 0 | 2022-01-01 | 2022-01-06 | |
| 100 | 11 | 0 | 2021-12-23 | 2022-01-06 | |
| 100 | 11 | 0 | 2021-12-19 | 2021-12-23 | |
| 100 | 11 | 0 | 2021-12-17 | 2021-12-23 | |
| 100 | 11 | 0 | 2021-12-12 | 2021-12-23 | |
| 100 | 11 | 0 | 2021-12-12 | 2021-12-23 | |
| 100 | 11 | 0 | 2021-12-05 | 2021-12-09 | |
| 100 | 11 | 0 | 2021-12-04 | 2021-12-09 | |
| 100 | 11 | 0 | 2021-12-02 | 2021-12-09 | |
| 100 | 11 | 0 | 2021-11-30 | 2021-12-09 | |
| 100 | 11 | 0 | 2021-11-29 | 2021-12-09 | |
| 70 | 7 | 0 | 2021-11-23 | 2021-11-24 | |
| 100 | 11 | 0 | 2021-11-21 | 2021-11-24 | |
| 100 | 11 | 0 | 2021-11-18 | 2021-11-24 | |
| 100 | 11 | 0 | 2021-11-16 | 2021-11-24 | |
| 100 | 11 | 0 | 2021-11-14 | 2021-11-24 | |
| 100 | 11 | 0 | 2021-10-31 | 2021-11-10 | |
| 30 | 5 | 0 | 2021-10-27 | 2021-10-28 | |
| 30 | 5 | 0 | 2021-10-24 | 2021-10-28 | |
| 100 | 11 | 0 | 2021-10-21 | 2021-10-28 | |
| 100 | 11 | 0 | 2021-09-14 | 2021-09-16 | |
| 100 | 11 | 0 | 2021-09-10 | 2021-09-16 | |
| 60 | 9 | 0 | 2021-09-09 | 2021-09-16 | |

| Cashout Amount | Tip Amount | Lightning Speed Fee | Cashout Date | Debit Date (Successful) | Initial Debit Date (Failed/In progress) |
|---|---|---|---|---|---|
| 40 | 6 | 0 | 2021-09-09 | 2021-09-16 | |
| 40 | 6 | 0 | 2021-09-08 | 2021-09-16 | |
| 60 | 9 | 0 | 2021-09-08 | 2021-09-16 | |
| 60 | 9 | 0 | 2021-08-31 | 2021-09-02 | |
| 100 | 11 | 0 | 2021-03-12 | 2021-03-18 | |
| 100 | 11 | 0 | 2021-03-11 | 2021-03-18 | |
| 100 | 11 | 0 | 2021-03-10 | 2021-03-18 | |
| 100 | 11 | 0 | 2021-03-08 | 2021-03-18 | |
| 100 | 11 | 0 | 2021-03-08 | 2021-03-18 | |
| 50 | 8 | 0 | 2021-02-16 | 2021-02-18 | |
| 100 | 11 | 0 | 2021-02-14 | 2021-02-18 | |
| 100 | 11 | 0 | 2021-02-11 | 2021-02-18 | |
| 100 | 11 | 0 | 2021-02-09 | 2021-02-18 | |
| 100 | 11 | 0 | 2021-01-29 | 2021-02-04 | |
| 100 | 11 | 0 | 2020-12-06 | 2020-12-10 | |
| 100 | 11 | 0 | 2020-09-12 | 2020-09-17 | |
| 100 | 6 | 0 | 2020-06-09 | 2020-06-11 | |
| 100 | 10 | 0 | 2020-06-06 | 2020-06-11 | |
| 100 | 8 | 0 | 2020-06-05 | 2020-06-11 | |
| 100 | 10 | 0 | 2020-06-03 | 2020-06-11 | |
| 30 | 3 | 0 | 2020-02-18 | 2020-02-20 | |
| 100 | 9 | 0 | 2020-02-12 | 2020-02-20 | |
| 100 | 9 | 0 | 2020-02-11 | 2020-02-20 | |
| 100 | 9 | 0 | 2020-02-09 | 2020-02-20 | |
| 50 | 5 | 0 | 2020-02-01 | 2020-02-06 | |
| 100 | 9 | 0 | 2020-01-31 | 2020-02-06 | |
| 100 | 9 | 0 | 2020-01-29 | 2020-02-06 | |
| 20 | 2 | 0 | 2020-01-15 | 2020-01-23 | |
| 100 | 9 | 0 | 2020-01-12 | 2020-01-23 | |
| 100 | 9 | 0 | 2020-01-09 | 2020-01-23 | |
| 25 | 3 | 0 | 2020-01-07 | 2020-01-09 | |
| 100 | 9 | 0 | 2019-11-13 | 2019-11-14 | |
| 100 | 9 | 0 | 2019-10-20 | 2019-10-31 | |
| 100 | 9 | 0 | 2019-10-20 | 2019-10-31 | |
| 42 | 5 | 0 | 2019-10-14 | 2019-10-17 | |
| 65 | 7 | 0 | 2019-10-11 | 2019-10-17 | |
| 100 | 9 | 0 | 2019-10-05 | 2019-10-17 | |
| 100 | 9 | 0 | 2019-10-04 | 2019-10-17 | |
| 100 | 9 | 0 | 2019-10-03 | 2019-10-17 | |
| 30 | 3 | 0 | 2019-09-29 | 2019-10-03 | |
| 30 | 3 | 0 | 2019-09-27 | 2019-10-03 | |
| 45 | 5 | 0 | 2019-09-24 | 2019-10-03 | |
| 70 | 7 | 0 | 2019-09-22 | 2019-10-03 | |
| 30 | 3 | 0 | 2019-09-22 | 2019-10-03 | |
| 33 | 4 | 0 | 2019-09-18 | 2019-10-03 | |
| 20 | 2 | 0 | 2019-09-17 | 2019-09-19 | |
| 100 | 9 | 0 | 2019-09-13 | 2019-09-19 | |
| 100 | 9 | 0 | 2019-09-13 | 2019-09-19 | |
| 17 | 2 | 0 | 2019-09-04 | 2019-09-19 | |
| 60 | 6 | 0 | 2019-09-02 | 2019-09-05 | |
| 12 | 1.5 | 0 | 2019-09-01 | 2019-09-05 | |
| 32 | 2 | 0 | 2019-08-30 | 2019-09-05 | |

| Cashout Amount | Tip Amount | Lightning Speed Fee | Cashout Date | Debit Date (Successful) | Initial Debit Date (Failed/In progress) |
|---|---|---|---|---|---|
| 100 | 9 | 0 | 2019-08-28 | 2019-09-05 | |
| 100 | 9 | 0 | 2019-08-22 | 2019-09-05 | |
| 65 | 7 | 0 | 2019-08-20 | 2019-08-22 | |
| 100 | 9 | 0 | 2019-08-16 | 2019-08-22 | |
| 100 | 9 | 0 | 2019-08-13 | 2019-08-22 | |
| 100 | 9 | 0 | 2019-08-11 | 2019-08-22 | |
| 30 | 3 | 0 | 2019-08-06 | 2019-08-08 | |
| 15 | 1.5 | 0 | 2019-08-02 | 2019-08-08 | |
| 65 | 7 | 0 | 2019-08-01 | 2019-08-08 | |
| 100 | 9 | 0 | 2019-07-27 | 2019-08-08 | |
| 60 | 2 | 0 | 2019-07-24 | 2019-08-08 | |
| 5 | 1 | 0 | 2019-07-23 | 2019-07-25 | |
| 100 | 9 | 0 | 2019-07-18 | 2019-07-25 | |
| 100 | 9 | 0 | 2019-07-17 | 2019-07-25 | |
| 100 | 9 | 0 | 2019-07-11 | 2019-07-25 | |
| 39 | 4 | 0 | 2019-06-30 | 2019-07-11 | |
| 100 | 9 | 0 | 2019-06-29 | 2019-07-11 | |
| 100 | 9 | 0 | 2019-06-28 | 2019-07-11 | |
| 26 | 3 | 0 | 2019-06-24 | 2019-06-27 | |
| 100 | 9 | 0 | 2019-06-21 | 2019-06-27 | |
| 100 | 9 | 0 | 2019-06-17 | 2019-06-27 | |
| 100 | 9 | 0 | 2019-06-15 | 2019-06-27 | |
| 100 | 9 | 0 | 2019-06-14 | 2019-06-27 | |
| 100 | 9 | 0 | 2019-06-09 | 2019-06-13 | |
| 100 | 9 | 0 | 2019-06-09 | 2019-06-13 | |
| 100 | 9 | 0 | 2019-06-07 | 2019-06-13 | |
| 65 | 7 | 0 | 2019-05-23 | 2019-05-30 | |
| 35 | 4 | 0 | 2019-05-19 | 2019-05-30 | |
| 100 | 5 | 0 | 2019-05-17 | 2019-05-30 | |
| 100 | 5 | 0 | 2019-05-17 | 2019-05-30 | |
| 100 | 5 | 0 | 2019-05-14 | 2019-05-16 | |
| 100 | 5 | 0 | 2019-05-12 | 2019-05-16 | |
| 75 | 4 | 0 | 2019-04-20 | 2019-05-02 | |
| 15 | 1.5 | 0 | 2019-04-08 | 2019-04-18 | |
| 20 | 2 | 0 | 2019-04-07 | 2019-04-18 | |
| 80 | 4 | 0 | 2019-04-07 | 2019-04-18 | |
| 50 | 3 | 0 | 2019-04-06 | 2019-04-18 | |
| 22 | 3 | 0 | 2019-04-03 | 2019-04-18 | |
| 50 | 2 | 0 | 2019-04-01 | 2019-04-04 | |
| 50 | 2 | 0 | 2019-04-01 | 2019-04-04 | |
| 55 | 4 | 0 | 2019-03-28 | 2019-04-04 | |
| 100 | 6 | 0 | 2019-03-27 | 2019-04-04 | |
| 100 | 2 | 0 | 2019-03-10 | 2019-03-21 | |
| 100 | 2 | 0 | 2019-03-09 | 2019-03-21 | |
| 100 | 2 | 0 | 2019-03-08 | 2019-03-21 | |
| 60 | 1 | 0 | 2019-03-04 | 2019-03-07 | |
| 55 | 2 | 0 | 2019-03-03 | 2019-03-07 | |
| 25 | 1 | 0 | 2019-03-03 | 2019-03-07 | |
| 14 | 0.5 | 0 | 2019-02-28 | 2019-03-07 | |
| 30 | 2.5 | 0 | 2019-02-28 | 2019-03-07 | |
| 50 | 3 | 0 | 2019-02-26 | 2019-03-07 | |
| 40 | 3 | 0 | 2019-02-14 | 2019-02-21 | |

| Cashout Amount | Tip Amount | Lightning Speed Fee | Cashout Date | Debit Date (Successful) | Initial Debit Date (Failed/In progress) |
|---|---|---|---|---|---|
| 100 | 4 | 0 | 2019-02-11 | 2019-02-21 | |
| 71 | 7 | 0 | 2018-10-02 | 2018-10-05 | |
| 100 | 4 | 0 | 2018-01-15 | 2018-01-25 | |
| 50 | 2 | 0 | 2018-01-09 | 2018-01-11 | |
| 100 | 4 | 0 | 2018-01-04 | 2018-01-11 | |
| 100 | 5 | 0 | 2018-01-02 | 2018-01-11 | |
| 50 | 2 | 0 | 2017-12-27 | 2018-01-11 | |
| 100 | 6 | 0 | 2017-12-10 | 2017-12-14 | |
| 100 | 6 | 0 | 2017-11-05 | 2017-11-16 | |
| 100 | 5 | 0 | 2017-10-22 | 2017-11-02 | |
| 60 | 6 | 0 | 2017-10-16 | 2017-10-19 | |