**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| BRENNAN ORUBO, MICHAEL SIMS, DEMETRICE MATHIS, and CIDNEY LETT individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>ACTIVEHOURS, INC. d/b/a EARNIN<br><br>　　　　　　　　Defendant. | Case No. 5:24-cv-04702-PCP<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND THE CASE MANAGEMENT ORDER DEADLINES  AS MODIFIED<br><br>Action Filed: August 2, 2024<br>Trial Date: N/A<br><br>*The Hon. P. Casey Pitts* |

The Court, having read and considered the Parties' Joint Stipulation Requesting An Order To Extend The Case Management Order Deadlines, hereby **ORDERS** that the remaining deadlines in the Case Management Order are extended, and the case schedule is set as follows:

| Event | Date |
|---|---|
| Motion for Class Certification and Plaintiffs' Expert Report on Class Certification | April 16, 2026 |
| Response to Class Certification Motion and Defendant's Expert Reports on Class Certification | June 15, 2026 |
| Reply in Support of Class Certification Motion And Rebuttal Expert Reports on Class Certification | June 29, 2026 |
| Fact Discovery Cutoff | November 4, 2026 |
| Designation of Opening Experts with Reports | December 3, 2026 |
| Designation of Rebuttal Experts with Reports | January 11, 2027 |
| Expert Discovery Cutoff | February 11, 2027 |
| Filing of Dispositive/*Daubert* Motion(s) and Completion of ADR | May 6, 2027 |
| Opposition to Dispositive/*Daubert* Motion(s) | June 7, 2027 |
| Replies in Support of Dispositive/*Daubert* Motion(s) | June 28, 2027 |
| Trial Setting Conference | ~~October 8, 2027~~ October 5, 2027 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

January 12, 2026
DATE

THE HON. CASEY PITTS
UNITED STATES DISTRICT JUDGE