# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| BRENNAN ORUBO, MICHAEL SIMS, DEMETRICE MATHIS, and CIDNEY LETT individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>ACTIVEHOURS, INC. d/b/a EARNIN<br><br>     Defendant. | Case No. 5:24-cv-04702-PCP<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND THE CASE MANAGEMENT ORDER DEADLINES<br><br>Action Filed: August 2, 2024<br>Trial Date: N/A<br><br>*The Hon. P. Casey Pitts* |

The Court, having read and considered the Parties' Joint Stipulation Requesting An Order To Extend The Case Management Order Deadlines, hereby **ORDERS** that the remaining deadlines in the Case Management Order are extended, and the case schedule is set as follows:

- Motion for Class Certification and Plaintiffs' Expert Report on Class Certification — August 24, 2026
- Response to Class Certification Motion and Defendant's Expert Reports on Class Certification — October 26, 2026
- Reply in Support of Class Certification Motion And Rebuttal Expert Reports on Class Certification — November 9, 2026
- Fact Discovery Cutoff — March 12, 2027
- Designation of Opening Experts with Reports — April 5, 2027
- Designation of Rebuttal Experts with Reports — May 14, 2027
- Expert Discovery Cutoff — June 18, 2027
- Filing of Dispositive/*Daubert* Motion(s) and Completion of ADR — September 17, 2027
- Opposition to Dispositive/*Daubert* Motion(s) — October 15, 2027
- Replies in Support of Dispositive/*Daubert* Motion(s) — November 5, 2027
- Trial Setting Conference — February 15, 2028

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

April 13, 2026
DATE

THE HON. CASEY PITTS
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND THE CASE MANAGEMENT ORDER DEADLINES
CASE NO. 5:24-cv-04702-PCP    1