UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA



BRENNAN ORUBO, and others,
Plaintiffs,
v.
ACTIVEHOURS, INC. d/b/a EARNIN,
Defendant.

Case No. 24-cv-04702 PCP (NC)

**ORDER RESOLVING DISCOVERY DISPUTES**

**RE: ECF 96, 98, 100**

This order resolves discovery disputes raised by joint letter brief at ECF 96, 98, and 100, supplemented by proposed orders filed at ECF 101 and 102. The Court acknowledges and appreciate that the parties, through further conferring, resolved some of the discovery issues originally presented. *See* ECF 100. This order therefore resolves only the remaining disputed issues identified in ECF 100: Plaintiffs' document requests Nos. 1-6 and 27; a dispute about a production deadline; and a dispute about documents dated after the Complaint was filed (8/2/2024).

1. The Court denies Plaintiffs' requested relief for RFPs 1–6. The Parties are ordered to proceed using the same resolutions that the Parties agreed to in *Golubiewski* for similar requests, as proposed by EarnIn.

2. The Court denies Plaintiffs' requested relief for RFP 27. If the experiments referenced in RFP 27 are responsive to EarnIn's offer for RFPs 5 and 6, EarnIn must

produce those experiments.

3. The Court grants in part Plaintiffs' requested relief for production deadlines and additional status reports. For Plaintiffs' priority requests (Nos. 1-6, 18, 24) EarnIn must produce responsive documents by October 6, 2026. For Plaintiffs' remaining document requests, EarnIn must complete production by November 23, 2026. The parties also must file a joint discovery status report by December 2, 2026.

4. The Court denies Plaintiffs' requested relief that EarnIn produce documents created after the case was filed (8/2/2024) without any limitation whatsoever, particularly in light of the production period already spanning over 10 years in this matter. Plaintiffs have not shown that post-complaint documents are proportional to the needs of the case pursuant to Fed. R. Civ. P. 26.

In conclusion, this order resolves ECF 96, 98, and 100. No fees or costs are awarded. A joint discovery status report is due December 2, 2026.

**IT IS SO ORDERED.**

Dated: September 15, 2026

NATHANAEL M. COUSINS
Chief Magistrate Judge